| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **BCause LLC, a Virginia limited liability company**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **46-4298579**

**4. Debtor's address**

**Principal place of business**

**130 S. Jefferson St., #101**
**Chicago, IL 60661**
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**192 Ballard Ct., #313 Virginia Beach, VA 23460**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **bcause.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **BCause LLC, a Virginia limited liability company**                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **BCause Mining LLC**                                 Relationship  **Sole Member**

District **Northern District of Illinois Eastern Division**   When **4/11/19**   Case number, if known **19-10562**

Debtor **BCause LLC, a Virginia limited liability company** _____ Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **BCause LLC, a Virginia limited liability company** _____ Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 12, 2019**
MM / DD / YYYY

**X /s/ Ann M. Cresce**                                     **Ann M. Cresce**
Signature of authorized representative of debtor            Printed name

Title **Corporate Secretary and General Counsel**

**18. Signature of attorney**

**X /s/ SCOTT R. CLAR**                                     Date **April 12, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777**        Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

███ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/12/2019
              MM / DD / YYYY

X _/s/ signature_                                        Ann M. Cresce
Signature of authorized representative of debtor          Printed name

Title  **Corporate Secretary and General Counsel**

**18. Signature of attorney**

X _/s/ signature_                                        Date
Signature of attorney for debtor                          MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**      Email address  **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **BCause LLC, a Virginia limited liability company**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 12, 2019**    X **/s/ Ann M. Cresce**
                                  Signature of individual signing on behalf of debtor

                                  **Ann M. Cresce**
                                  Printed name

                                  **Corporate Secretary and General Counsel**
                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BCause LLC, a Virginia limited liability company |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/12/19         X  /s/ Ann M. Cresce
                                Signature of individual signing on behalf of debtor

**Ann M. Cresce**
Printed name

**Corporate Secretary and General Counsel**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **BCause LLC, a Virginia limited liability company**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Abacus Solutions, LLC<br>1190 Kennestone Circle NW, #120<br>Newborn, GA 30056 | | | | | | $13,088.00 |
| Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | | | | | | $22,686.05 |
| BitGo, Inc.<br>2443 Ash Street<br>Palo Alto, CA 94306 | | | | | | $13,500.00 |
| Brian Sayler<br>48 Bensam Place<br>Haledon, NJ 07508 | | | | | | $12,568.79 |
| Capital Counsel, L.L.C.<br>700 13th Street, NW, 2nd Floor<br>Washington, DC 20005 | | | | | | $45,500.00 |
| Century Link<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | | | | | | $34,615.42 |
| Century Link<br>1025 Eldorado Blvd.<br>Arvada, CO 80001 | | | | | | $10,931.19 |
| Ciniva, LLC<br>251 Granby Street<br>Norfolk, VA 23510 | | | | | | $90,000.00 |
| Crystal Clear Communications<br>3180 N. Lake Shore Drive, #20C<br>Chicago, IL 60657 | | | | | | $29,521.25 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **BCause LLC, a Virginia limited liability company**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Endurance Network Services, LLC**<br>295 Bendix Road, #300<br>Virginia Beach, VA 23452 | | **Lawsuit 810CL190000594-00** | | | | $52,923.55 |
| **FIS Systems International LLC**<br>601 Riverside Ave.<br>Jacksonville, FL 32204 | | | | | | $30,000.00 |
| **Jones, Madden & Council, PLC**<br>5029 Corporate Woods Drive, #190<br>Virginia Beach, VA 23462 | | | | | | $26,395.00 |
| **Katten Munchin Rosenman LLP**<br>525 W. Monroe St.<br>Chicago, IL 60661 | | | | | | $470,236.95 |
| **LeClairRyan**<br>4405 Cox Road, #200<br>Glen Allen, VA 23060 | | | | | | $18,128.70 |
| **Nasdaq**<br>One Liberty Plaza, 50th Floor<br>New York, NY 10006 | | | | | | $123,723.38 |
| **Paychex of New York LLC**<br>8215 Forest Point Blvd., #150<br>Charlotte, NC 28273 | | | | | | $86,432.67 |
| **SoftVision Consulting LLC**<br>Two Midtown Plaza<br>1349 W. Peachtree St., N.E., #1375<br>Atlanta, GA 30309 | | | | | | $13,318.00 |
| **Tradehelm, Inc.**<br>27 N. Wacker Dr., #103<br>Chicago, IL 60606 | | | | | | $20,840.00 |
| **United HealthCare**<br>PO Box 94017<br>Palatine, IL 60094-4017 | | | | | | $15,645.03 |
| **W-R2 Jefferson Owner VIII, L.L.C.**<br>1200 North Branch<br>Chicago, IL 60642 | | | | | | $9,900.00 |

Debtor **BCause LLC, a Virginia limited liability company**     Case number *(if known)*
   Name

# United States Bankruptcy Court
## Northern District of Illinois

In re  **BCause LLC, a Virginia limited liability company**                                   Case No.
                                                   Debtor(s)                                  Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SBI FTF SPC II Inc.**<br>**1209 Orange ST.**<br>**Wilmington, DE 19801** | | | **approx. 39%** |
| **See Attached** | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Corporate Secretary and General Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 12, 2019**                              Signature  **/s/ Ann M. Cresce**
                                                                **Ann M. Cresce**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Illinois**

In re    BCause LLC, a Virginia limited liability company                           Case No.
                                            Debtor(s)                                Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See Attached | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Corporate Secretary and General Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    4/12/19                                Signature    /s/ Ann M. Cresce
                                                            Ann M. Cresce

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| | BCause Member List |
|---|---|
| 1 | Gregory A Ackerson |
| 2 | Franklin Byrum |
| 3 | Jeremy Alessi |
| 4 | John O Ashby Jr |
| 5 | Thomas Flake |
| 6 | Robert E Lindberg Jr |
| 7 | William C Sikes |
| 8 | Rich Moorman |
| 9 | Richard W Lally |
| 10 | Betty L Ackerson |
| 11 | Joseph A Klett |
| 12 | Larry A Boyer |
| 13 | Marshall A Boyer |
| 14 | Joseph A Brimer |
| 15 | John E Greenhalgh Revocable Trust   Dated 15 May 1992 |
| 16 | Patten Investment Co, Llc   C/O Bradford Patten |
| 17 | Robert T Fitzgerald |
| 18 | William B Travis |
| 19 | John Travis |
| 20 | Michael H Carruthers Jr |
| 21 | Robert Egan |
| 22 | Earl A Cook |
| 23 | Taylor L Boyer |
| 24 | Michael Adolphi |
| 25 | Xueming Shen |
| 26 | William Desteph |
| 27 | Karan Rai |
| 28 | Andrew S Fink Rev Trust |
| 29 | Paul Wong |
| 30 | H.E. Pe1, Llc   C/O Signature Family Wealth Advisors |
| 31 | Joseph Lamontagne |
| 32 | Ben Bleicken  profit member only py error In K1 issue |
| 33 | William Boyk  profit member only py error in K1 issue |
| 34 | Andrew Cohen |
| 35 | Frederick Grede |
| 36 | SBI FTF SPC II Inc |
| 37 | Connamarra |
| 38 | Brad Rotter |
| 39 | Bruce Pollack |
| 40 | Global Access Partners Llc |
| 41 | Oaksacorn Inc |
| 42 | Sean Ristau |
| 43 | I Said So Llc |
| 44 | Jim Egan |
| 45 | Paul Dinardo |
| 47 | Horizon Kinetics LLC |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **BCause LLC, a Virginia limited liability company**  Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **67**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **April 12, 2019**

**/s/ Ann M. Cresce**
**Ann M. Cresce**/**Corporate Secretary and General Counsel**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BCause LLC, a Virginia limited liability company**                Case No.
                                                    Debtor(s)               Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **67**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **4/12/19**

**Ann M. Cresce/Corporate Secretary and General Counsel**
Signer/Title

Abacus Solutions, LLC
1190 Kennestone Circle NW, #120
Newborn, GA 30056

Adolphi, Michael
4404 Muddy Creek Rd.
Virginia Beach, VA 23457

Alison Zizzo
Midgett-Preti-Olansen
2901 S. Lynnhaven Rd., #120
Virginia Beach, VA 23452-5000

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

Andrew Cohen
3750 Jefferson Blvd.
Virginia Beach, VA 23455

Aon Risk Services Northeast, Inc.
PO Box 7247-73676
Philadelphia, PA 19170-7376

Asgard Partners & Co, LLC
12 East 49th St.
New York, NY 10017

BitGo, Inc.
2443 Ash Street
Palo Alto, CA 94306

Boyk, William
982 Dakota Circle
Naperville, IL 60563

Brian Sayler
48 Bensam Place
Haledon, NJ 07508

Capital Counselo L.LC
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Century Link
1025 Eldorado Blvd.
Broomfield, CO 80021

Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Chaman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456

Childress, Patrick
701 S. Wells St., #2001
Chicago, IL 60607

Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321

Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625

Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Cox Business
Dept 781121
PO Box 78000
Detroit, MI 48278-1121

Cresce, Ann
5731 Hampton Dr.
Long Grove, IL 60047

Crystal Clear Communications
3180 N. Lake Shore Drive, #20C
Chicago, IL 60657

Electronic Verification Systems
2500 Technology Drive
Louisville, KY 40299

Endurance Network Services, LLC
295 Bendix Road, #300
Virginia Beach, VA 23452

Fallon, Kevin
2800 252nd Ave.
Salem, WI 53168

FIA
2001 Pennsylviani Ave. NW, #600
Washington, DC 20006

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611

GA Secretary of State - Corp. Div.
2 Martin Luther King Jr Drive SE
Suite 313 West Tower
Atlanta, GA 30334

Grede, Fred
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611

Karen Rai
920 Atlantic Avenue, #1407
Virginia Beach, VA 23451

Paul Bozych
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Katten Munchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

Paul Wong
4020 Church Point Road
Virginia Beach, VA 23455

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

Paychex of New York LLC
8215 Forest Point Blvd., #150
Charlotte, NC 28273

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020

Legal Resources
2877 Guardian Lane, #101
Virginia Beach, VA 23452

Pinnacle Group
208 Golden Oak Court, #121
Virginia Beach, VA 23452

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

MA Commonwealth
William Francis Galvin
One Ashburton Place, Room 1717
Boston, MA 02108-1512

Pollack, Bruce
167 Park Ave.
Glencoe, IL 60022

Jeff Brandt
601 Tradewind Circle
Newport News, VA 23602-6324

Marc Nagel
680 N. Lake Shore Drive, #419
Chicago, IL 60611

RI Department of State
Division of Business Services
148 W. River St.
Providence, RI 02904-2615

John Ashby
1440 W. Little Neck Road
Virginia Beach, VA 23452

Mayo Insurance Agency Inc.
1917 Laskin Road, #101
Virginia Beach, VA 23450

Sayler, Brian
48 Bensam Place
Glencoe, IL 60022

Jones, Madden & Council, PLC
5029 Corporate Woods Drive, #190
Virginia Beach, VA 23462

Meltwater News US Inc.
Dept LA 2372
Pasadena, CA 91185-3721

SoftVision Consulting LLC
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Justin Taylor
7507 S. Morgan St.
Chicago, IL 60620

Nasdaq
One Liberty Plaza, 50th Floor
New York, NY 10006

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

K&L Gates LLP
PO Box 844255
Boston, MA 02284-4255

Patrick S. Childress
701 S. Wells St., #2001
Chicago, IL 60607

Tradehelm, Inc.
27 N. Wacker Dr., #103
Chicago, IL 60606

United HealthCare
PO Box 94017
Palatine, IL 60094-4017

UNUM - Dental
PO Box 406990
Atlanta, GA 30384

UNUM - LTD/B Life
PO Box 406990
Atlanta, GA 30384

UNUM - STD
PO Box 406990
Virginia Beach, VA 23455

UNUM - Vision
PO Box 406990
Eaton Park, FL 33840

W-R2 Jefferson Owner VIII, L.L.C.
1200 North Branch
Chicago, IL 60642

Wesco Distribution, Inc.
PO Box 530409
Quincy, FL 32353-0409

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BCause LLC, a Virginia limited liability company**                          Case No.
Debtor(s)                                                                              Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **BCause LLC, a Virginia limited liability company**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SBI FTF SPC II Inc.**
**1209 Orange ST.**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 12, 2019** | **/s/ SCOTT R. CLAR** |
| Date | **SCOTT R. CLAR** |
| | Signature of Attorney or Litigant |
| | Counsel for  **BCause LLC, a Virginia limited liability company** |
| | **Crane, Simon, Clar & Dan** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |
| | **sclar@cranesimon.com** |

# United States Bankruptcy Court
### Northern District of Illinois

In re  BCause LLC, a Virginia limited liability company
Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  BCause LLC, a Virginia limited liability company  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

SBI FTF SPC II Inc.
1209 Orange ST.
Wilmington, DE 19801

☐ None [Check if applicable]

_4/12/19_
Date

_SCOTT R. CLAR_
Signature of Attorney or Litigant
Counsel for  BCause LLC, a Virginia limited liability company
Crane, Simon, Clar & Dan
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114
sclar@cranesimon.com