Form G-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                              )
Because LLC                         )    Case No. 19-10731
                                    )
                                    )    Chapter 11
                                    )
                                    )
         Debtor(s)                  )

**Certification of Relatedness**

The undersigned attorney certifies that:

1. __2__ cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [✓] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):
   Because Mining LLC, Case No. 19-10562
   Because LLC, Case No. 19-10731

Date of certification: **4/12/2019**            Attorney's Signature: **/s/Scott R. Clar**

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam