# EXHIBIT D

**CONFESSION OF JUDGMENT/**  Case No. 19-668
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of ........ Arlington County ........, Virginia

## CONFESSION OF JUDGMENT

| CREDITOR(S): | | DEBTOR(S): |
|---|---|---|
| Wesco Distribution, Inc. | v | BCause Mining, LLC |
| | | BCause Trust, INC. |
| | | BCause Spot, LLC |
| | | BCause, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred Forty Nine 34/100 dollars) together with interest thereon at the rate of ........ 20 ........% from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day,                                                                                          (seal)
  3/1/19                                                                                                                      (seal)
  DATE
COSTS STATEMENT                                                                                                               (seal)

$ .................. Writ Tax                                                                                                 (seal)
$ .................. Clerk's Fees        by _____                                                           (seal)
                                             ATTORNEY IN FACT
$ .................. Docketing Fee           Seth Robbins
$ .................. Tech Trust Fund Fee     VSB No. 45807
$ .................. Sheriff's Fee       [ ] Power of Attorney in Debt Instrument
$ .................. Registered/Certified Mail   [ ] Separate Power of Attorney Document
$ .................. Legal Aid/Indigent Defense Fee   [ ] Appointment of Substitute Attorney-in-fact
$ .................. Courthouse Construction Fee      recorded on ........................
                                                                         DATE
$ .................. Law Lib/Courthouse
                     Maintenance Fee         Instrument No. ........................
$ .................. Court Technology Fee    Deed Book/Page No. ........................

356.00

RECEIVED 2019 MAR -1 PM 1:26

## CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

3/1/19  9  13:25 PM ........ Order Book No. ........ Page No. ........
DATE AND TIME OF CONFESSION

Instrument No. ........................

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney              _____ Ferguson , Clerk
[ ] Separate Power of Attorney
[ ] Separate Debt Instrument                           by _____
                                                              DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

**CONFESSION OF JUDGMENT/**  Case No. ..............................................................
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of ......... Arlington County ................................................. , Virginia

### CONFESSION OF JUDGMENT

| CREDITOR(S): | | DEBTOR(S): |
|---|---|---|
| Wesco Distribution, Inc. | v | BCause Derivatives Exchange, LLC |
| | | BCause Clear, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred dollars) Forty Nine 34/100
together with interest thereon at the rate of ......... 20 ......... % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day. _____ (seal)

_____ (seal)
DATE
COSTS STATEMENT _____ (seal)

$ ........................... Writ Tax

$ ........................... Clerk's Fees    by _____ (seal)
                                            ATTORNEY IN FACT

$ ........................... Docketing Fee

$ ........................... Tech Trust Fund Fee

$ ........................... Sheriff's Fee    [ ] Power of Attorney in Debt Instrument

$ ........................... Registered/Certified Mail    [ ] Separate Power of Attorney Document

$ ........................... Legal Aid/Indigent Defense Fee    [ ] Appointment of Substitute Attorney-in-fact

$ ........................... Courthouse Construction Fee    recorded on _____
                                                            DATE
$ ........................... Law Lib/Courthouse
                              Maintenance Fee    Instrument No. _____

$ ........................... Court Technology Fee    Deed Book/Page No. _____

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

_____ Order Book No. ............... Page No. ...............
DATE AND TIME OF CONFESSION

Instrument No. ........................................................................................

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney    _____ , Clerk
[ ] Separate Power of Attorney
[ ] Separate Debt Instrument    by _____
                                    DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

*Receipt : 19000003254*                                                                                                                                        *Page 1 of 1*

**COURT ADDRESS:**
**1425 NORTH COURTHOUSE ROAD**
**ARLINGTON, VA 22201**
**PHONE # :703-228-4399**



**OFFICIAL RECEIPT**
**ARLINGTON CIRCUIT COURT**
**CIVIL**

| | |
|---|---|
| **DATE :** 03/01/2019 | **TIME :** 13:25:42 |
| **RECEIPT # :** 19000003254 | **TRANSACTION # :** 19030100038 |
| **CASHIER :** FHC | **REGISTER # :** A473 |
| **CASE COMMENTS :** WESCO DISTRIBUTION INC v. BCAUSE MINING LLC | |
| **SUIT AMOUNT :** $1,896,349.34 | |
| **ACCOUNT OF :** WESCO DISTRIBUTION INC | |
| **PAID BY :** WESCO DISTRIBUTION INC | |
| **CHECK :** $356.00 | **CHECK NUMBER :** 1371 |
| **DESCRIPTION 1 :** CJ:CONFESSED JUDGMENT | |
| **2 :** PLAINTIFF: WESCO DISTRIBUTION INC | |
| **3 :** NO HEARING SCHEDULED | |

**CASE # :** 013CL1900066800

**FILING TYPE :** CJ            **PAYMENT :** FULL PAYMENT

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | 219 | LAW LIBRARY | $4.00 |
| 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $10.00 | 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 123 | LEGAL AID SERVICES | $9.00 | 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 | 307 | JUDGMENT DOCKET FEE | $5.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 | | | |

**TENDERED : $**       356.00
**AMOUNT PAID : $**    356.00

PAYOR'S COPY                              *CLERK OF COURT : PAUL FERGUSON*                              RECEIPT COPY 1 OF 2