# EXHIBIT E

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

Foreign Judgment Registration Cover Sheet                                    (Rev. 11/06/13) CCG N620

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW
_____ DEPARTMENT/ ___FIRST___ DISTRICT

FILED
4/2/2019 9:29 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L050181

**Name:** WESCO DISTRIBUTION, INC.

**Address:** 225 W. STATION SQUARE DRIVE

PITTSBURG, PA 15219

**Plaintiff**

v.

**Name:** BCAUSE MINING, LLC

**Address:** 192 BALLARD CT., STE. 303

VIRGINIA BEACH, VA 23462

-AND-

**Defendant**

**Case No.** _____

**Case Type:** CONTRACT

**Amount of Judgment:** $1,896,349.34

plus 20% interest from 4/27/18

FILED DATE: 4/2/2019 9:29 AM    2019L050181

### FOREIGN JUDGMENT REGISTRATION COVER SHEET

Please check one of the following:

☐ A Judgment from another Illinois county (735 ILCS 5/12-106)     ☑ A Judgment from another state (735 5/12-650 et seq.)

☐ A Judgment from another Illinois county (735 ILCS 5/12-106)     ☐ Foreign state

(735 ILCS 5/12-501; 735 5/12-650 et seq)     (735 ILCS 5/12-618 et seq.; 735 5/12-650 et seq.)

Additional Litigants (if any):

| **Plaintiff** | **Defendant** |
|---|---|
| **Name:** _____ | **Name:** BCAUSE TRUST, INC. |
| **Address:** _____ | **Address:** 277 BENDIX RD., STE. 420 VIRGINIA BEACH, VA 23452 |
| **Name:** _____ | **Name:** BCAUSE SPOT, LLC |
| **Address:** _____ | **Address:** 277 BENDIX RD., STE. 420 VIRGINIA BEACH, VA 23452 |
| **Name:** _____ | **Name:** BCAUSE, LLC |
| **Address:** _____ | **Address:** 277 BENDIX RD., STE. 420 VIRGINIA BEACH, VA 23452 |
| **Name:** _____ | **Name:** BCAUSE DERIVATIVES EXCHANGE, LLC 277 BENDIX RD., STE. 420, VIRGINIA BEACH, VA 23452 |
| **Address:** _____ | **Address:** BCAUSE CLEAR, LLC 277 BENDIX RD., STE. 420, VIRGINIA BEACH, VA 23452 |

---

### *CLERK*
*STAPLE THIS COVER SHEET TO THE AUTHENTICATED FOREIGN JUDGMENT. IT IS PART OF THE PERMANENT FILE.*

---

☐ Atty. No.: 44274     ☐ Pro Se 99500

**Name:** PAUL BOZYCH, NIELSEN, ZEHE & ANTAS, P.C.

**Atty. for Plaintiff:** WESCO DISTRIBUTION, INC.

**Address:** 55 W. MONROE ST., STE. 1800

**City/State/Zip Code:** CHICAGO, IL 60603

**Telephone:** 312-322-9900

Service via email from opposing party/counsel will be accepted at:

by consent pursuant to Ill. Sup. Court Rules 11 and 131.

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Civil Division Cover Sheet - Requirements for Filing Foreign Money Judgments                    (09/19/16) CCM 0521

FILED DATE: 4/2/2019 9:29 AM   2019L050181

## REQUIREMENTS FOR FILING FOREIGN MONEY JUDGMENTS

**Filing a judgment from another Illinois county:**

- ❏ Transcript of the judgment - (1 original, 1 copy)
  (735 ILCS 5/12-106)

**Filing a judgment from any other jurisdiction, please check the box that corresponds to the judgment being filed:**

- ☑ A judgment from another state
  (735 ILCS 5/12-650 et seq.)

- ❏ Federal judgment (i.e. a federal district court money judgment)
  (735 ILCS 5/12-501 et seq.; 735 ILCS 5/12-650 et seq.)

- ❏ Foreign state
  (735 ILCS 5/12-618 et seq.; 735 ILCS 5/12-650 et seq.)

**The filing fee to initiate a Civil Action is**

When such claim does not exceed $250.00  .. .. .. . .. . .. . .. . .. .. .. .. .. .. . $150.00

When such amount exceeds $250.00 but does not exceed $1,000.00 . .. .. .. .. .. .. . $203.00

When such amount exceeds $1,000.00 but does not exceed $2,500.00 .. .. . .. . .. .. . $208.00

When such amount exceeds $2,500.00 but does not exceed $5,000.00 .. .. .. . .. . .. . $258.00

When such amount exceeds $5,000.00 but does not exceed $15,000.00  .. .. .. . .. .. . $278.00

When such amount exceeds $15,000.00 but does not exceed $30,000.00 .. .. .. .. . .. . $368.00

Required documentation:

- ☑ A Certified or Authenticated copy of the judgment - (1 original, 1 copy)

- ☑ An Affidavit setting forth the last known name and address of the judgment debtor, and the name and address of the judgment creditor (no pre-printed form) (2 copies)

- ☑ Notice of Filing (form attached) - (3 copies)

Note:  A mailing fee of $15.47, plus the cost of postage, will be charged for each defendant mailed.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 4/2/2019 9:29 AM  2019L050181

**CONFESSION OF JUDGMENT/
CERTIFICATE OF CLERK**

Case No. _19-668_

Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of .......... Arlington County ..........., Virginia

## CONFESSION OF JUDGMENT

| CREDITOR(S): | | DEBTOR(S): |
|---|---|---|
| Wesco Distribution, Inc. | v | BCause Mining, LLC |
| | | BCause Trust, INC. |
| | | BCause Spot, LLC |
| | | BCause, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred dollars) Forty Nine 34/100 together with interest thereon at the rate of .......... 20 .......... % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day.

_3/1/19_
DATE

_____ (seal)
_____ (seal)
_____ (seal)
_____ (seal)
_____ (seal)

COSTS STATEMENT

| | | |
|---|---|---|
| $ .......... Writ Tax | | |
| $ .......... Clerk's Fees | by _____ | |
| $ .......... Docketing Fee | ATTORNEY IN FACT | |
| $ .......... Tech Trust Fund Fee | Seth Robbins VSB No. 45807 | |
| $ .......... Sheriff's Fee | [ ] Power of Attorney in Debt Instrument | |
| $ .......... Registered/Certified Mail | [ ] Separate Power of Attorney Document | |
| $ .......... Legal Aid/Indigent Defense Fee | [ ] Appointment of Substitute Attorney-in-fact | |
| $ .......... Courthouse Construction Fee | recorded on _____ DATE | |
| $ .......... Law Lib/Courthouse Maintenance Fee | Instrument No. _____ | |
| $ .......... Court Technology Fee | Deed Book/Page No. _____ | |

356.ᵃ

RECEIVED 2019 MAR -1 PM 1: 26

## CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

_3/1/19  13:35 pm_
DATE AND TIME OF CONFESSION

Order Book No. _____      Page No. _____

Instrument No. _____

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney
[ ] Separate Power of Attorney
[ ] Separate Debt Instrument

_Paul Ferguson_ , Clerk

by _____
DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

**CONFESSION OF JUDGMENT/**
**CERTIFICATE OF CLERK**

Case No. .........................................................

Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

In the Clerk's Office of the Circuit Court of .........Arlington County........................................................... , Virginia

FILED DATE: 4/2/2019 9:29 AM   2019L050181

### CONFESSION OF JUDGMENT

| CREDITOR(S): | | DEBTOR(S): |
|---|---|---|
| Wesco Distribution, Inc. | v | BCause Derivatives Exchange, LLC |
| | | BCause Clear, LLC |

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred Forty Nine 34/100 dollars) together with interest thereon at the rate of .........20........ % from 4/27/2019 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day.

_____ (seal)

_____ (seal)

_____
DATE

COSTS STATEMENT

$ ................................ Writ Tax _____ (seal)

$ ................................ Clerk's Fees    by _____ (seal)
ATTORNEY IN FACT

$ ................................ Docketing Fee

$ ................................ Tech Trust Fund Fee

$ ................................ Sheriff's Fee                [ ] Power of Attorney in Debt Instrument

$ ................................ Registered/Certified Mail    [ ] Separate Power of Attorney Document

$ ................................ Legal Aid/Indigent Defense Fee    [ ] Appointment of Substitute Attorney-in-fact

$ ................................ Courthouse Construction Fee    recorded on ..................................................
DATE

$ ................................ Law Lib/Courthouse
Maintenance Fee    Instrument No. ..................................................

$ ................................ Court Technology Fee    Deed Book/Page No. ..................................................

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

.................................................................... Order Book No. ........................... Page No. ...........................
DATE AND TIME OF CONFESSION

Instrument No. ....................................................

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney    _____ , Clerk
[ ] Separate Power of Attorney
[ ] Separate Debt Instrument    by _____
DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15

*Receipt : 19000003254*

*Page 1 of 1*

**COURT ADDRESS:**
1425 NORTH COURTHOUSE ROAD
ARLINGTON, VA 22201
PHONE # :703-228-4399



**OFFICIAL RECEIPT**
**ARLINGTON CIRCUIT COURT**
**CIVIL**

| | | | |
|---|---|---|---|
| **DATE :** 03/01/2019 | **TIME :** 13:25:42 | **CASE # :** 013CL1900066800 | |
| **RECEIPT # :** 19000003254 | **TRANSACTION # :** 19030100038 | | |
| **CASHIER :** FHC | **REGISTER # :** A473 | **FILING TYPE :** CJ | **PAYMENT :** FULL PAYMENT |

**CASE COMMENTS :** WESCO DISTRIBUTION INC v. BCAUSE MINING LLC
**SUIT AMOUNT :** $1,896,349.34
**ACCOUNT OF :** WESCO DISTRIBUTION INC
**PAID BY :** WESCO DISTRIBUTION INC
**CHECK :** $356.00     **CHECK NUMBER :** 1371
**DESCRIPTION 1 :** CJ:CONFESSED JUDGMENT
         **2 :** PLAINTIFF: WESCO DISTRIBUTION INC
         **3 :** NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $10.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 219 | LAW LIBRARY | $4.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 307 | JUDGMENT DOCKET FEE | $5.00 |

**TENDERED : $**   356.00
**AMOUNT PAID : $**   356.00

PAYOR'S COPY          ***CLERK OF COURT :* PAUL FERGUSON**          RECEIPT COPY 1 OF 2

FILED DATE: 4/2/2019 9:29 AM    2019L050181

# VIRGINIA PROMISSORY AND
# CONFESSED JUDGMENT NOTE

## IMPORTANT NOTICE

THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT
PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT
RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE
CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT
ANY FURTHER NOTICE.

**$1,358,610.51**                                          **Virginia Beach**

This Virginia Promissory and Confessed Judgment Note (the "Note" or "Agreement") is
entered into as of the ___5___ day of ~~November~~ *December* 2018 ("Effective Date"), by the undersigned **BCause
Mining LLC,** a Virginia limited liability company, with its principal place of business located at
192 Ballard Ct., Suite 303 Virginia Beach, VA 23462 (hereinafter referred to as "Debtor") who
agrees that it is indebted and promises to pay the sum of One Million Three Hundred Fifty Eight
Thousand Six Hundred Ten and 51/100 Dollars (1,358,610.51) (the "Principal Sum") to **WESCO
Distribution, Inc.** a Delaware corporation, with its principal place of business located at 225 West
Station Square Drive, Pittsburg, PA 15219 (hereinafter referred to as "WESCO" or "Holder") as
follows:

1.        <u>**Payment of the Principal Sum, Fees, and the Maturity Date**</u>.

          a.        Debtor shall pay WESCO the Principal Sum, plus interest, commencing
from the Effective Date at the rate of Twelve Percent per year (12.00% APR) on the outstanding
Principal Sum (together the "Debtor's Obligation"), until paid in full, with the entire Debtor's
Obligation being payable in full by August 25, 2019 (the "Maturity Date").

*JH*

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 2 of 18

b.    Payment schedule is as follows:

(i)    $10,000 at execution of this Note;

(ii)    November – December 2018: $50,000/ea. month;

(iii)    January 2019 – February 2019: $100,000/ea. month;

(iv)    March 2019 – April 2019: $150,000/ea. month; and,

(v)    May 2019 – August 2019: $187,152/ea. month.

c.    The last payment on August 25, 2019, shall be in the principal amount of $187,152, plus any outstanding interest as set forth herein.

d.    The first payment shall be at the execution of this Note and each successive payment being due on the 25th day of each successive month.

e.    The monthly payments noted above do not waive, release or diminish the Debtor's obligation to remit payment for current and ongoing services furnished by WESCO. Specifically, if the Debtor fails to remit payment for current and on-going equipment/materials furnished within thirty (30) days of the date of the corresponding invoice, and thereafter fails to cure such default within fifteen (15) days of written notice, such failure shall be deemed a material breach of this Note and the Holder may at its option and without waiver of any other rights, Confess Judgment against Debtor and Guarantors in accordance with Article 4 herein

2.    **Prepayment & Late Payment**. Debtor may pay the Debtor's Obligation in whole or in part at any time prior to the Maturity Date or an Event of Default, without penalty or premium. Should any payment due hereunder be received by the Holder more than ten (10) days after its due date, Debtor shall pay a late payment penalty equal to five percent (5%) of the payment then due.

BTI          BS LLC          B LLC          BDZ LLC          BC LLC          BM LLC

FILED DATE: 4/2/2019 9:29 AM   2019L050181

3. **Guaranty.** For the purpose of inducing the Holder to enter into this Note with Debtor, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, **Bcause Trust, Inc.** a Virginia corporation with its principal place of business located 277 Bendix Road Suite 420, Virginia Beach, VA 23452; **BCause Spot, LLC**, a Virginia limited liability company with its principal place of business located at 277 Bendix Road Suite 420, Virginia Beach, VA 23452; **BCause LLC** a Virginia limited liability company with its principal place of business located at 277 Bendix Road Suite 420, Virginia Beach, VA 23452; **BCause Derivatives Exchange LLC** a Virginia limited liability company with its principal place of business located at 277 Bendix Road Suite 420, Virginia Beach, VA 23452; and, **BCause Clear LLC** a Virginia limited liability company with its principal place of business located at 277 Bendix Road Suite 420, Virginia Beach, VA 23452 (collectively referred to as the "Guarantors") hereby unconditionally and irrevocably guaranty the full and prompt performance by Debtor of all obligations under this Note and the full and prompt payment of any monies due to Holder under this Note. This guaranty includes, but is not limited to, any costs and expenses, including attorneys' fees, provided to Holder under this Note, including but not limited to the Confession of Judgment Provision.

This Guaranty is a guaranty of payment and not of collection. Holder shall not be required, as a condition precedent to making a demand upon the Guarantors or to bringing an action against the Guarantors under this Guaranty, to make demand upon, or to institute any action or proceeding against the Debtor or anyone else (including each individual guarantor), or to exhaust its remedies against the Debtor, or anyone else (including each individual guarantor), or against any collateral

BTI   BS LLC   B LLC   BDE LLC   BC LLC   BM LLC

security.  All remedies afforded to Holder by reason of this Guaranty are separate and cumulative

remedies and it is agreed that not one of such remedies, whether exercised by Holder or not, shall

be deemed to be exclusive of any of the other remedies available to Holder and shall not limit or

prejudice any other remedy which Holder may have against any party, including the

Guarantors.  All obligations of the Guarantors hereunder shall be joint and several.

    4.    **Confessed Judgment**. In the event that the Debtor or Guarantors fail to faithfully

undertake and perform any duty under this Note or make any of the payments required under

Paragraphs 1 or 3 above, or perform any or all of its other obligations set forth herein, and thereafter

fails to cure any default within ten (10) days of notice, the Debtor and Guarantors hereby authorize

Seth A. Robbins, Robbins Law Group, PLLC., or any other attorney designated by Holder, or any

clerk of any court of record, as their attorney-of-fact, to appear for the Debtor and the Guarantors

in the Circuit Court for Arlington County, Virginia, or any court of record and to confess judgment

without prior hearing, and without stay of execution or posting of a bond, against Debtor and the

Guarantors, jointly and severally, in favor of Holder for and in the amount of Debtor's Obligation,

less any amount previously paid under this Note, plus interest at the rate of Twenty Percent (24%)

per annum commencing from April 27, 2018 and all other amounts payable under the terms of this

Note (together the "Default Obligation"), including, but not limited to, reasonable attorneys' fees

in the amount of thirty-five percent (35%) of the Default Obligation. The Debtor and Guarantors

hereby agree and admit that all such sums are due and payable, that they have no adequate defense

or set off at law, and waive and release all present and future defenses to this Note, all errors and

all rights of exemption, appeal, stay of execution, inquisition, bond, and other rights to which the

FILED DATE: 4/2/2019 9:29 AM    2019L050181

BTL    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

FILED DATE: 4/2/2019 9:29 AM    2019L050181

Debtor or Guarantors may otherwise be entitled under the laws of the Commonwealth of Virginia, any other state, or the United States of America now in force or which may hereafter be enacted. The Debtor and Guarantors further waive and release all rights to delay enforcement as maybe afforded under Virginia Code §8.01 – 433.    Moreover, Debtor and Guarantors expressly ratify and confirm the acts of said attorney-in-fact as if done by themselves.    Accordingly, and without limitation, Debtor and Guarantors expressly waive the rights afforded under Virginia Code §8.01-438.    The authority and power to appear for and enter judgment against the Debtor and/or Guarantors shall not be exhausted by one or more exercises thereof or by any imperfect exercise thereof and shall not be extinguished by any judgment entered pursuant thereto. Such authority may be exercised on one or more occasions or from time to time in the same or different jurisdictions as often as Holder shall deem necessary or desirable, for all of which this Promissory Note shall be a sufficient warrant.  If a copy of this Note, verified by Affidavit, from Seth A. Robbins or any other attorney designated by Holder, shall have been filed in a legal proceeding, it will not be necessary to file the original as a warrant of attorney.

5.    **Events of Default.**    Each of the following shall constitute an event of default ("Event of Default") under this Note, the occurrence of any of which shall result in the Debtor's default under this Note and Holder may immediately declare payment of the principal and interest, plus attorney fees to be due and collectible at once, and may confess judgment as provided by Paragraph 4 herein:

    **a.**    Debtor or Guarantors fail to make any payment when due under this Note;

FILED DATE: 4/2/2019 9:29 AM 2019L050181

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 6 of 18

    **b.** Debtor and/or Guarantors, individually or collectively, file any petition for bankruptcy or arrangement pursuant to the Federal Bankruptcy Act or any similar statute, or Debtor and/or Guarantor is adjudicated to be bankrupt or insolvent;

    **c.** Debtor, independently or jointly, suffers a civil monetary judgment in an amount equal to or exceeding Ten Thousand Dollars ($10,000) in an action for the collection of debts or for injury to person or property, and the period for appeal on such judgment expires without the filing of an appeal;

    **d.** Debtor or Guarantors fail to comply with or perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents, including but not limited to the Debtor's Obligation.

6.     **Commercial Loan**. Debtor and Guarantors acknowledge that the debt evidenced by this Note is for commercial purposes only, and is not made for a consumer, personal, family or household purposes arising out of consumer credit sale, consumer lease, consumer loan, or household purchases arising out of a consumer credit sale, consumer lease, a consumer loan, or a rent-to-own transaction, or a lease purchase agreement as to which a confessed judgment clause is prohibited by Code of Virginia, and Debtor and Guarantors further hereby expressly waive the benefit of such obligations/rights under the law of the Commonwealth of Virginia.

7.     **Authorization to File UCC-1 Financing Statement.** Debtor irrevocably authorizes Holder to prepare and file a UCC-1 Financing Statement and sign the same on behalf of Debtor, if necessary, to provide public notice of this Note. Debtor agrees to cooperate in all respects to executing any and all UCC filing requirements.

8.     **Waiver and Post Bond**. Debtor and Guarantors hereby waive their rights to set aside the Confession of Judgment under Virginia law, including but not limited to any afforded by Virginia Code §8.01 – 433. Nevertheless, to the extent any portion of this Note is in any way waived, reduced, limited, terminated, discharged, impaired or otherwise effected by any action,

BTI      BS LLC      B LLC      BDF LLC      BC LLC      BM LLC

accommodation, or extension, Debtor and/or Guarantors shall post a bond with an approved surety of double the amount of the Default Obligation and costs. Further, Debtor and Guarantors consent that the Confession of Judgment shall not be released or stayed until such time as Debtor and/or Guarantors posts such security and a Court Order acknowledges the same.

9.    **Property Waiver**. Debtor and Guarantors hereby waive any and all rights to claim any of their properties, including their respective homesteads, as exempt from levy, execution or sale or other legal process under the laws of the Commonwealth of Virginia or any other state, territory, or possession of the United States.

10.    **Detinue and Attachment Waiver**. Debtor hereby waives and releases all present and future defenses to Holder's actions to recover the material, equipment and/or all other property furnished by Holder to Debtor. Debtor agrees and consents to the seizure of such property and specifically consents to an Order pursuant to Virginia Code §8.01-540 wherein a Judge may issue such Attachment in accordance with the prayer of the petition filed by the Holder only. Debtor acknowledges reasonable cause exists to believe the grounds as mentioned in Virginia Code §8.01-534 for Attachment and/or Detinue. Moreover, Debtor admits that it has no adequate defense or set off at law and waives and release all present and future defenses to Holder's actions in Detinue (Virginia Code §8.01-114 *et seq.*) or Attachment Virginia Code §8.01-533 *et seq.*). Debtor further waives all rights to, appeal, stay of execution, bond (Virginia Code §8.01-115), and other rights to which the Debtor may otherwise be entitled under the laws of the Commonwealth of Virginia, any other state, or the United States of America now in force or which may hereafter be enacted.

BTI    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

Accordingly, and without limitation, Debtor and Guarantors expressly waives the rights afforded under Virginia Code §8.01-114 *et seq.,* and 8.01-533 *et seq.*

11.   **No Waiver**. No provision of this Note shall be modified, waived or discharged unless the modification, waiver or discharge is agreed to in writing and signed by Holder. No waiver by Holder of any breach of, or of compliance with, any condition or provision of this Note or any other document shall be considered a waiver of any other condition or provision or of the same condition or provision at another time. The obligations of the Debtor and/or Guarantors shall not to any extent or in any way be waived, reduced, limited, terminated, discharged, impaired or otherwise effected by any action, accommodation, extension or failure to act by Holder.

12.   **Remedies Cumulative**. Holder shall not be required, as a condition precedent to making a demand under this Note or under any other obligation of the Debtor or Guarantors, to make demand upon, or to institute any action or proceeding against any party or anyone else (including Bcause Mining LLC), or to exhaust its remedies against any party, or anyone else, or against any collateral security. All remedies afforded to Holder are separate and cumulative remedies and it is agreed that not one of such remedies, whether exercised by Holder or not, shall be deemed to be exclusive of any of the other remedies available to Holder and shall not limit or prejudice any other remedy which Holder may have against a party, or anyone else, or against any property or collateral security.

13.   **Choice of Law**. This Note shall be governed by, and construed and enforced in accordance with, the laws of the Commonwealth of Virginia without regard to the conflicts of law rules thereof.

FILED DATE: 4/2/2019 9:29 AM   2019L050181

14.    **Waiver to Set-Off or Counterclaim**. Debtor and Guarantors hereby waive the

right to setoff or counterclaim in connection with any litigation or in connection with any claim or

dispute howsoever arising between the Debtor, Guarantors and Holder of this Note, irrespective

of the nature of such setoff or counterclaim. All payments of interest, attorneys fees and principal

as provided for in this Note shall be due and payable without regard to the existence of any right

of Debtor or Guarantors to setoff or counterclaim in connection with any claim or dispute

howsoever arising between the Debtor, Guarantors and the Holder hereof, irrespective of the nature

of such setoff or counterclaim. Further, the Debtor and Guarantors, jointly and severally, waive

presentment, protest and demand, notice of protest, demand and dishonor and non-payment of this

Note and all lack of diligence or delays in collection or enforcement hereof.

15.    **Choice of Jurisdiction and Venue**. Without prejudice to Holder's right to bring

suit in any court of competent jurisdiction to enforce this Note or any other rights, the parties

hereby irrevocably waive any present or future objection to the jurisdiction of the courts of the

Commonwealth of Virginia over the parties for the purpose of enforcing this Note or any other

right the parties may have with respect to each other or otherwise, and the parties specifically agree

to the venue of the Circuit Court for Arlington County, Virginia, for such purpose.   Debtor and

Guarantor agree to a transfer to the Circuit Court for Arlington County, Virginia any action related

to this Note upon the request of Holder.

16.    **Construction**. If any part, term or provision of this Note shall be held void, illegal,

unenforceable or in conflict with any law of a federal, state or local government having jurisdiction

over this Note, the validity of the remaining portions or provisions shall not be affected thereby.

BTI    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

In the event that any part, term or provision of this Note is held void, illegal, unenforceable or in conflict with any law of the federal, state or local government having jurisdiction over this Note, the parties agree, to the extent possible, to include a replacement provision construed to accomplish its originally intended effect, that does not violate such law or regulation.

17.    **Benefit**. This Note shall bind the Debtor and the Guarantors and their successors, representatives and assigns, and the rights and benefits of Holder contained herein shall inure to the benefit of Holder's successors, representatives and assigns. This Note does not otherwise provide any benefits to any third-parties, and cannot be enforced for the benefit of any third party.

18.    **Representations**. The undersigned signatory, by his respective signature, represents and warrants that Debtor and Guarantors are duly authorized to execute this Note individually and on behalf of Debtor and Guarantors and maintain the consent of the members of same to enter into and perform under this Note. Debtor and Guarantors agree that this Note is provided not in payment of, but as additional security for and evidence of obligations due to the Holder under existing agreements with Debtor and Guarantors and this note is not accepted in lieu of Holder's mechanic's lien, payment bond, trust fund or other legal rights.

19.    **Factual Representation**.    Debtor and Guarantors each in their own individual capacity, hereby represent and warrant that all of the statements made herein were made intentionally and knowingly, are of a material nature and are true and accurate. Debtor and Guarantors acknowledge that such statements are relied upon by Holder and the statements induced Holder to enter this Note. Moreover, Debtor and Guarantors acknowledge that if any of

BTL    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

the statements herein are not accurate in any material respect, such statements were purposely made to deceive, and Holder may seek additional damages as a result of such statements.

20.    **Assignability**. This Note may be assigned by the Holder or any subsequent holder of this Note at any time and from time to time without the consent of the Debtor or Guarantors.

21.    **Non-Disclosure**. The terms and conditions of the Note shall not be disclosed to any person or entity without prior consent of the party not seeking disclosure, which consent shall be in the Holder's sole and absolute discretion. Notwithstanding the foregoing, the terms and provisions of this Note may be disclosed by a party if required by law.

22.    **Notice**. All notices and other communications to Debtor and/or Guarantors which may be or are required to be given hereunder shall be in writing and shall be sent by electronic mail to Debtor and/or Guarantors c/o Ann M. Cresce, Esq., General Counsel/Corporate Secretary at ann.cresce@bcause.com. Notice shall be deemed sufficiently given for all purposes hereunder when actually sent.   A copy of the aforementioned Notice, verified by Affidavit, from Seth A. Robbins or any other attorney designated by Holder, shall be sufficient to establish the Notice was sent and the corresponding obligations as set forth in this Agreement were met.

23.    **Costs, Expenses and Attorneys' Fees**. In addition to the attorney's fees provided in Paragraph 4 herein, Holder shall be awarded all costs and expenses incurred in any litigation or action arising between the parties hereto and all costs, expenses and reasonable attorneys' fees in collecting upon any judgment entered in favor of Holder.

24.    **WAIVER OF JURY TRIAL**.       DEBTOR, GUARANTORS AND HOLDER EACH    HEREBY    VOLUNTARILY,    ABSOLUTELY,    IRREVOCABLY    AND

BZLC       BS LLC       B LLC       BDE LLC       BC LLC       BM LLC

UNCONDITIONALLY WAIVE THE RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING BASED UPON, OR RELATED TO, THIS NOTE. THIS WAIVER IS KNOWINGLY, INTENTIONALLY AND VOLUNTARILY MADE BY THE DEBTOR AND GUARANTORS AND DEBTOR AND GUARANTORS ACKNOWLEDGE THAT EXCEPT FOR HOLDER'S AGREEMENT TO LIKEWISE WAIVE ITS RIGHTS TO A TRIAL BY JURY NEITHER THE HOLDER NOR ANY PERSON ACTING ON BEHALF OF THE HOLDER HAS MADE ANY REPRESENTATIONS OF FACT TO INDUCE THIS WAIVER OF JURY TRIAL OR IN ANY WAY TO MODIFY OR NULLIFY ITS EFFECT. DEBTOR AND GUARANTORS FURTHER ACKNOWLEDGE THAT THEY HAVE BEEN REPRESENTED BY (OR HAVE HAD THE OPPORTUNITY TO BE REPRESENTED) IN THE SIGNING OF THIS NOTE AND IN MAKING OF THE WAIVER BY INDEPENDENT LEGAL COUNSEL, SELECTED OF ITS OWN FREE WILL, AND THAT THEY HAVE HAD THE OPPORTUNITY TO DISCUSS THIS WAIVER AND THIS ENTIRE AGREEMENT WITH COUNSEL. DEBTOR AND GUARANTORS FURTHER ACKNOWLEDGE THAT THEY HAVE READ AND UNDERSTAND THE MEANING AND RAMIFICATIONS OF THIS WAIVER PROVISION AS EVIDENCE OF THIS FACT SIGNS THE NOTE BELOW.

**[SIGNATURES ON NEXT PAGE]**

BTI    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 13 of 18

In witness whereof, the Debtor and Guarantors have executed this Note under Seal, effective as of the date set forth above.

**BCAUSE MINING LLC**

By: _Frederick Veale_

Name: _Frederick J. Grede_

Its: Principal    _CEO_

### Certificate of Notary Public

In the ~~Commonwealth of Virginia,~~ _State of Illinois_

County of _COOK_____, to wit;

This the _11_ day of _December_, 2018, _FREDERICK J GREDE_, who is known to me, or was proven to be by sufficient proof, appeared before me, the undersigned, a Notary Public of the aforesaid jurisdiction, and, after being sworn according to law, executed the above document before me and stated that he was authorized to execute this document for the purposes contained therein.

In witness thereof, I hereunder set my hand,

_Robert A Yee_____
Notary Public

My commission expires: _10/14/2022_

SEAL

```
OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2022
```

BTI    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

FILED DATE: 4/2/2019 9:29 AM    2019L050181

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 14 of 18

**BCAUSE TRUST, INC.**

By: _Frederick J. Grede_

Name: _Frederick J. Grede_

Its: _CEO_

**Certificate of Notary Public**

In the ~~Commonwealth of Virginia~~, _State of Illinois_

County of _Cook_____, to wit;

This the _11_ day of _December_, 2018, _FREDERICK J GREDE_, who is known to me, or was proven to be by sufficient proof, appeared before me, the undersigned, a Notary Public of the aforesaid jurisdiction, and, after being sworn according to law, executed the above document before me and stated that he was authorized to execute this document for the purposes contained therein.

In witness thereof, I hereunder set my hand.

_Robert A Yee_
Notary Public

My commission expires: _10/14/2022_

SEAL

OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2022

BTI    BS LLC    B LLC    BDE LLC    BC LLC    BM LLC

FILED DATE: 4/2/2019 9:29 AM   2019L050181

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 15 of 18

## BCAUSE SPOT LLC

By: _Twelveblee_

Name: _Frederick J. Grede_

Its: Principal _CEO_

### Certificate of Notary Public

In the ~~Commonwealth of Virginia,~~ _State of Illinois_

County of _Cook_, to wit;

This the _11_ day of _Dec_, 2018, _FREDERICK J GREDE_, who is known to me, or was proven to be by sufficient proof, appeared before me, the undersigned, a Notary Public of the aforesaid jurisdiction, and, after being sworn according to law, executed the above document before me and stated that he was authorized to execute this document for the purposes contained therein.

In witness thereof, I hereunder set my hand.

_Robert A Yee_
Notary Public

My commission expires: _10/14/2022_

SEAL

```
OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2022
```

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 16 of 18

**BCAUSE LLC**

By: _Frederick Rees_

Name: _Frederick J. Grede_

Its: Principal _CEO_

### Certificate of Notary Public

In the ~~Commonwealth of Virginia~~ _State of Illinois_

County of _Cook_ , to wit;

This the _11_ day of _December_, 2018, _Frederick J Grede_, who is known
to me, or was proven to be by sufficient proof, appeared before me, the undersigned, a Notary
Public of the aforesaid jurisdiction, and, after being sworn according to law, executed the above
document before me and stated that he was authorized to execute this document for the purposes
contained therein.

In witness thereof, I hereunder set my hand.

_Robert Yee_

Notary Public

My commission expires: _10/14/2022_

SEAL

```
OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2022
```

FILED DATE: 4/2/2019 9:29 AM   2019L050181

FILED DATE: 4/2/2019 9:29 AM   2019L050181

**BCAUSE DERIVATIVES EXCHANGE LLC**

By: _____

Name: _Fredrick J. Grede_

Its:  Principal   _CEO_

### Certificate of Notary Public

In the ~~Commonwealth of Virginia~~ _State of Illinois_,

County of _Cook_ , to wit;

This the _11_ day of _December_, 2018, _Frederick J Grede_, who is known to me, or was proven to be by sufficient proof, appeared before me, the undersigned, a Notary Public of the aforesaid jurisdiction, and, after being sworn according to law, executed the above document before me and stated that he was authorized to execute this document for the purposes contained therein.

In witness thereof, I hereunder set my hand.

_____
Notary Public

My commission expires: _10/14/2022_

SEAL

```
OFFICIAL SEAL
ROBERT A. YEE
Notary Public - State of Illinois
My Commission Expires 10/14/2022
```

BTI          BS LLC          B LLC          BDE LLC          BC LLC          BM LLC

Virginia Promissory Note and Confessed Judgment
BCause Mining & Guarantors
November 13, 2018
Page 18 of 18

**BCAUSE CLEAR LLC**

By: _Fredrick Rau_

Name: _Fredrick J. Oaule_

Its:  Principal _CEO_

**Certificate of Notary Public**

In the ~~Commonwealth of Virginia,~~ _State of Illinois_

County of _Cook_ , to wit;

This the _11_ day of _December_, 2018, _Fred Erick J Grade_, who is known to me, or was proven to be by sufficient proof, appeared before me, the undersigned, a Notary Public of the aforesaid jurisdiction, and, after being sworn according to law, executed the above document before me and stated that he was authorized to execute this document for the purposes contained therein.

In witness thereof, I hereunder set my hand.

_Robert A Yee_

Notary Public

My commission expires: _10/14/2022_

SEAL

> OFFICIAL SEAL
> ROBERT A. YEE
> Notary Public - State of Illinois
> My Commission Expires 10/14/2022

BT / BS LLC / B LLC / BDE LLC / BC LLC / BM LLC

FILED DATE: 4/2/2019 9:29 AM  2019L050181

Payment Schedule

Promissory Note
Debtor: BCause Mining, LLC
Holder: WESCO Distribution, Inc.

Exhibit A

| | |
|---|---|
| Principal | 1,358,611 |
| Interest | 12% |
| Annual Interest | 163,033 |

**Amortization Schedule**

| | Current Balance | Monthly Interest | Payment | New Balance |
|---|---|---|---|---|
| Initial Payment | 1,358,611 | 13,586 | (10,000) | 1,362,197 |
| November 2018 | 1,362,197 | 13,622 | (50,000) | 1,325,819 |
| December 2018 | 1,325,819 | 13,258 | (50,000) | 1,289,077 |
| January 2019 | 1,289,077 | 12,891 | (100,000) | 1,201,968 |
| February 2019 | 1,201,968 | 12,020 | (100,000) | 1,113,987 |
| March 2019 | 1,113,987 | 11,140 | (150,000) | 975,127 |
| April 2019 | 975,127 | 9,751 | (150,000) | 834,878 |
| May 2019 | 834,878 | 8,349 | (187,152) | 656,075 |
| June 2019 | 656,075 | 6,561 | (187,152) | 475,484 |
| July 2019 | 475,484 | 4,755 | (187,152) | 293,087 |
| August 2019 | 293,087 | 2,931 | (187,152) | 108,866 |
| Final Payment | 108,866 | 1,089 | (109,954) | 0 |

FILED DATE: 4/2/2019 9:29 AM    2019L050181

BTI Inititals _____    BS, LLC Initials _____    B, LLC Initials _____    BDE, LLC Initials _____

BC, LLC Initials _____    BM, LLC Initials _____

# AUTHENTICATION OF RECORD

Commonwealth of Virginia,

Circuit Court of the County of Arlington.

I, PAUL FERGUSON, Clerk of the said Court, do hereby certify that the writings annexed to this Certificate are true copies of the originals on file and of record in said office.

WITNESS my hand and seal of said Court this 27th day of March 2019.

*Paul Ferguson*

_____ Clerk,

**WESCO DISTRIBUTION, INC**
**Plaintiff**

VS.  CASE # 19-668

BCAUSE MINING, LLC
BCAUSE TRUST, INC.
BCAUSE SPOT, LLC
BCAUSE, LLC
BCAUSE DERIVATIVES EXCHANGE, LLC
BCAUSE CLEAR, LLC
**Defendants**

CONFESSION OF JUDGMENT ENTERED 03/01/2019

RECORDED IN ARLINGTON CIRCUIT COURT 03/01//2019, INSTRUMENT # 20190300000724

I, DANIEL S. FIORE, II, Judge of the Circuit Court of Arlington County, Virginia, do certify that PAUL FERGUSON, who executed the foregoing attestation, is Clerk of the said Court, duly elected and qualified, and the said attestation is in due form of law by the proper officer.

In TESTIMONY WHEREOF, I hereunto set my hand and seal this 27th day of March 2019.

_____ Judge, (Seal).

I, PAUL FERGUSON, Clerk of the said Court, hereby certify that the HONORABLE DANIEL S. FIORE, II, whose genuine signature is here subscribed to the foregoing certificate, was, at the time of signing and attesting the same, Judge of said Court, duly commissioned and qualified.

WITNESS my hand and seal of the said Court this 27th day of March 2019.

*Paul Ferguson*

_____ Clerk.

FILED DATE: 4/2/2019 9:29 AM    2019L050181

**CONFESSION OF JUDGMENT/**
**CERTIFICATE OF CLERK**
Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

Case No. _19 - 668_

In the Clerk's Office of the Circuit Court of _Arlington County_ ........................, Virginia

CONFESSION OF JUDGMENT

CREDITOR(S):

Wesco Distribution, Inc.

v

DEBTOR(S):

BCause Mining, LLC

BCause Trust, INC.

BCause Spot, LLC

BCause, LLC

20190300000724

03/01/2019 01:55:37 PM   1/2
Doc Type: JDLAW,
Arlington County Clerk
Paul Ferguson, Clerk
Grantor Tax: $.00
State Tax: $.00
Recording Fee:$.00

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred Forty Nine 34/100 dollars) together with interest thereon at the rate of ........20........ % from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day.

_3/1/19_
DATE

COSTS STATEMENT

| | |
|---|---|
| $ .................... | Writ Tax |
| $ .................... | Clerk's Fees | by |
| $ .................... | Docketing Fee |
| $ .................... | Tech Trust Fund Fee |
| $ .................... | Sheriff's Fee |
| $ .................... | Registered/Certified Mail |
| $ .................... | Legal Aid/Indigent Defense Fee |
| $ .................... | Courthouse Construction Fee |
| $ .................... | Law Lib/Courthouse Maintenance Fee |
| $ .................... | Court Technology Fee |

_356.00_

_____ (seal)
_____ (seal)
_____ (seal)
_____ (seal)
_____ (seal)

ATTORNEY IN FACT
Seth Robbins
VSB 45507

[ ] Power of Attorney in Debt Instrument

[ ] Separate Power of Attorney Document

[ ] Appointment of Substitute Attorney-in-fact

recorded on _____
DATE

Instrument No. _____

Deed Book/Page No. _____

CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

_3/1/19   @ 13:25   PM_   Order Book No. .................... Page No. ....................
DATE AND TIME OF CONFESSION

Instrument No. _____

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney

[ ] Separate Power of Attorney

[ ] Separate Debt Instrument

_Paul Ferguson_, Clerk

by _____ DEPUTY CLERK

FORM CC-1420 (MASTER PAGE ONE OF TWO) 11/15                    PAGE ONE OF TWO

JD169832

FILED DATE: 4/2/2019 9:29 AM   2019L050181

## CONFESSION OF JUDGMENT/ CERTIFICATE OF CLERK

Va. Code §§ 8.01-431, 8.01-433, 8.01-436, 8.01-437, 8.01-438, 17.1-124

Case No. ........................................

In the Clerk's Office of the Circuit Court of ........Arlington County........................................................, Virginia

### CONFESSION OF JUDGMENT

CREDITOR(S):                                          DEBTOR(S):

Wesco Distribution, Inc.                     v   BCause Derivatives Exchange, LLC

                                                                BCause Clear, LLC

I/we, the above-named debtor(s), acknowledge myself/ourselves, to be justly indebted to, and do confess judgment in favor of, the above-named creditor(s) in the sum of $ 1,896,349.34 ( One Million Eight Hundred Ninety Six Thousand Three Hundred   dollars) Forty Nine 34/100 together with interest thereon at the rate of ..........20........% from 4/27/2018 until paid and cost of this proceeding (including the attorney's fees and collection fees provided for in the instrument on which the proceeding is based) hereby waiving my/our homestead exemptions as to the same, provided the instrument on which the proceeding is based carries such homestead waiver.

Given under my/our hand(s) this day.          ................................................................ (seal)

                                                               ................................................................ (seal)
..........................................
            DATE                                             ................................................................ (seal)
COSTS STATEMENT

$ ........................ Writ Tax                      ................................................................ (seal)

$ ........................ Clerk's Fees          by   ................................................................ (seal)
                                                                                    ATTORNEY IN FACT
$ ........................ Docketing Fee

$ ........................ Tech Trust Fund Fee

$ ........................ Sheriff's Fee                 [ ] Power of Attorney in Debt Instrument

$ ........................ Registered/Certified Mail    [ ] Separate Power of Attorney Document

$ ........................ Legal Aid/Indigent Defense Fee   [ ] Appointment of Substitute Attorney-in-fact

$ ........................ Courthouse Construction Fee   recorded on .........................................
                                                                                    DATE
$ ........................ Law Lib/Courthouse
                         Maintenance Fee            Instrument No. .........................................

$ ........................ Court Technology Fee    Deed Book/Page No. .........................................

### CERTIFICATE OF CLERK

The foregoing judgment was confessed before me in my office on the date and time shown below and entered of record, also as shown below:

........................................ Order Book No. ................. Page No. .................
DATE AND TIME OF CONFESSION

Instrument No. ........................................

Attached to this Judgment of Confession are:

[x] Debt instrument containing a Power of Attorney    ................................................, Clerk

[ ] Separate Power of Attorney

[ ] Separate Debt Instrument                by   ................................................
                                                                    DEPUTY CLERK

SEE NOTICE TO DEBTOR ON PAGE TWO OF TWO

FORM CC-1420 (MASTER, PAGE ONE OF TWO) 11/15