IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| **BCause Mining LLC, a Virginia limited liability company** ) ) ) | | Case No. 19-10562 |
| and ) | | |
| ) | | |
| **BCause LLC, a Virginia limited liability company** ) ) ) | | Case No. 19-10731 |
| Debtors. ) | | Honorable Janet S. Baer |

**NOTICE OF APPOINTMENT OF
OFFICIAL UNSECURED CREDITORS' COMMITTEE**

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in these cases:

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1. | Pro Window Inc.<br>1604 Virginia Beach Blvd.<br>VA Beach, VA 23454 | Wayne Pehrson* |
| 2. | Capitol Counsel LLC<br>700 13th St., N.W., 2nd Floor<br>Washington, DC 20005 | De'Ana H. Dow |
| 3. | Ciniva LLC<br>251 Granby Street<br>Norfolk, VA 23510 | James Burns |

*Interim Creditors' Committee Chairman

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: April 24, 2019

By: /s/ Ha M. Nguyen
Ha M. Nguyen, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, IL 60604
(312) 886-3320

## CERTIFICATE OF SERVICE

       I, Ha M. Nguyen, Trial Attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on April 24, 2019, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants, and, to be served on April 25, 2019 to all other parties on the service list below via Electronic Mail.

                                      BY:    /s/ *Ha M. Nguyen*
                                                      Ha M. Nguyen, Trial Attorney

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| Scott R. Clar | sclar@cranesimon.com |
| Jeffery C. Can | jdan@cranesimon.com |
| Virginia Electric and Power Company | Jason.torf@icemiller.com |
| Wesco Distribution, Inc. | dagay@mcdonaldhopkins.com, |
| | scornell@mcdonaldhopkins.com |

**Parties Served via Electronic Mail:**

| | |
|---|---|
| Abacus Solutions, LLC | wes.horsford@abacussolutions.com;<br>Jonathan.wood@abacussolutions.com |
| Amazon Web Services | arlemary@amazon.com |
| BitGo, Inc. | mikecruz@bitgo.com |
| Brian Sayler | Briansalyer1@gmail.com |
| Capital Counsel, LLC | ddow@capitolcounsel.com |
| Century Link - Broomfiled, CO | billing@centurylink.com |
| Century Link - Arvada, CO | billing@centurylink.com |
| Ciniva, LLC | apurv@cmswebsiteservices.com;<br>james@ciniva.com |
| Crystal Clear Communications | eresnick@crystalclearpr.com |
| Endurance Network Services, LLC | alison.zizzo@mpopc.com;<br>betsy.woodruff@mpopc.com;<br>blake.white@endurance-it.com |
| FIS Systems Internationl LLC | fisbilling@fisglobal.com |
| Jones, Madden & Council PLC | evie@jonesmaddencouncil.com |
| Katten Muchin | gary.dewaal@kattenlaw.com |

| | |
|---|---|
| LeClairRyan | Charles.Doleba@leclairryan.com |
| Nasdaq | joel.kazis@nasdaq.com; gary.dewaal@kattenlaw.com |
| Paychex of New York LLC | mfitzgerald1@paychex.com |
| SoftVision Consulting LLC | adam.bleifeld@softvision.com |
| Tradehelm, Inc. | manny.montejano@tradehelm.com; ronnie.milojevic@tradehelm.com |
| United HealthCare (Contact through Paychex) | |
| W-R2 Jefferson Owner VIII, LLC | mmesa@r2.me |
| Alpha Craft Technologies, LLC | markwomble@alphacrafttech.com |
| Amazon Web Services, Inc. | arlemary@amazonc.om |
| Bay Technologies | mark@m3electric.com |
| BFPE International | billm@bfpe.com; sflannery@bfpe.com |
| BMG Operations Ltd. | l.cofield@coingeek.com |
| CB Critical Systems | gcrone@Cbcriticalsystems.com |
| CSC (WESCO) | |
| Dominion Energy Virginia | gaylene.watson@dominionenergy.com; kristopher.c.russell@dominionenergy.com |
| EF Fallon, Kevin | kevin.fallon@bcause.com |
| Endurance IT Services, LLC | blake.white@endurance-it.com |
| Fidelity Labs LLC | amanda.fabiano@fmr.com |
| Hoffland Properties | gshepard@hoffmanbeverage.com; dtlewand@kaufcan.com |
| HK Cryptocurrency Mining LLC | hross@horizonkinetics.com |
| Horizon Kinetics LLC | hross@horizonkinetics.com |
| Inate One LLC | james.foy@inateone.com |
| Pro Window, Inc. | justice@prowindow1.com; branson@prowindow1.com; wayne@Prowindow1.com |
| Professional Heating & Cooling, Inc. | mhensley@phcva.com |
| Silbar Security Corporation | christy.lohoski@silbarsecurity.com |
| Solutrix | pkessler@solutrix.com |
| US Customs & Border Protection | cfomedia@cbp.dhs.gov |
| WESCO Distribution, Inc. | pbozych@nzalaw.com |
| Zhouyang (Mason) Song | btcstarboy@gmail.com; mkirsner@eckertseamans.com |