IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-10562 |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtors/debtors-in-possession. | ) | Jointly Administered |

## GLOBAL NOTES, METHODOLOGY & SPECIFIC DISCLOSURE REGARDING THE DEBTORS' SCHEDULES AND ASSETS AND LIABILITIES & STATEMENTS OF FINANCIAL AFFAIRS

1.    **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFAs, but inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and SOFAs from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFAs with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFAs as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "Contingent," or "Unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and SOFAs as "disputed," "Contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor the Claim is listed against or against any of the Debtors.  Nothing contained in the Schedules and SOFAs constitutes a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code.

A listing in the Schedules or SOFAs (including, without limitation, Schedule A/B, Schedule E/F or SOFA 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

2.    **Description of Cases**.  On April 11, 2019 and April 12, 2019 (the "Petition Dates"), the debtors (BCause Mining LLC and BCause LLC, respectively) filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their assets as debtors in possession under §§1107(a) and

-1-

1108 of the Bankruptcy Code.  On May 8, 2019, the Bankruptcy Court entered an order directing joint administration of the Debtors' chapter 11 cases. (Dkt. 72).

3.    **Net Book Value of Assets**.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.    Accordingly, unless otherwise indicated, the Debtors' Schedules and SOFAs reflect net book values as of the close of business on March 31, 2019, in the Debtors' books and records.    Additionally, because the book values of certain assets, such as patents, trademarks, and copy rights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.    Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the schedules and SOFAs if they have no net book value.

4.    **Recharacterization**.    Despite the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.    The Debtors accordingly reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFAs at a later time as necessary or appropriate, as additional information becomes available, including, without limitation, whether contracts or leases listed in the schedules and SOFAs were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BCause Mining LLC, a Virginia limited liability company** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **19-10562** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. See Attached | $1,637,200.21 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | $1,637,200.21 |
|---|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 1,023,742.00 | − | 1,069.00 | = .... | $1,022,673.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

SCHEDULE A/B
7.  Deposits, including security deposits and utility deposits

Schedule 1

**BCause Mining LLC - Deposits**

| Vendor | Description | Amount on Deposit |
|---|---|---|
| Dominion Energy | Electric Service | 1,587,200.21 |
| Hoffland Properties | Virginia Beach Data Center Lease | 50,000.00 |
| | | **1,637,200.21** |

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number *(If known)* | 19-10562 |
|---|---|---|---|
| | Name | | |

**12. Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,022,673.00

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>See Attached | $16,880.01 | | Unknown |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>See Attached | $13,853.64 | | Unknown |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 2

**SCHEDULE A/B**
**39. Office Furniture**

Schedule 2
BCause Mining LLC - Office Furniture

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Workstation Tables (4), Round Table, Mobile Pedestals (5), Mesh Back Chairs (5) | 8,094.51 | Book | Uknown |
| Refrigerator | 560.00 | Book | Uknown |
| Lobby Chairs | 687.71 | Book | Uknown |
| Bathroom Cabinet | 137.79 | Book | Uknown |
| Reception Desk | 1,500.00 | Book | Uknown |
| Conference Room Table & Chairs | 5,900.00 | Book | Uknown |
| | 16,880.01 | | |

SCHEDULE A/B

41. Office equipment, including all computer equipment and communication systems equipment and software

Schedule 3
BCause LLC Mining - Office Equipment

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Dell Inspiron 2-in-1 13.3" Touchscreen Laptop, 16GB memory | 1,112.98 | Book | Unknown |
| Def Tech W7 Wireless Speakers - Data Center | 529.49 | Book | Unknown |
| IBM Bladecenter E Chassis, Dual Quad-Core Processor Blades (12), Ciscoswitch Modules (4), 208V HP UPS (2), Dual Quad Core Processor IBM 3650 Servers (4), IBM 3550 Server | 2,500.00 | Book | Unknown |
| Epson Workforce WF 7720 Printer | 211.98 | Book | Unknown |
| SONY XBR75X900E 4K HDR Ultra HD TV Plus Peripherals | 3,139.27 | Book | Unknown |
| HP Desktop PCs (2),42" Sony Tvs(monitoring)(2),Dell Inspiron laptops(4) | 1,459.98 | Book | Unknown |
| 42" Sony TVs (monitoring) (2) | 1,099.98 | Book | Unknown |
| Dell Inspiron laptops (4) | 3,799.96 | Book | Unknown |
| | 13,853.64 | | |

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number (If known) | 19-10562 |
|---|---|---|---|
| | Name | | |

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| See attached | $7,575,484.00 | Book | $1,000,000.00 |
| | | **Liquidation Value** | |

| 51. | **Total of Part 8.** | | $1,000,000.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **Virginia Beach Data<br>Center<br>5469 Greenwich Rd.,<br>Virginia Beach, VA<br>23462** | Lease | N/A | | Unknown |

**SCHEDULE A/B**
**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Schedule 4
BCause LLC Mining - Other Machinery, Fixtures and Equipment

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| (5) Pow-R Line C switchboards - PRL-C MRM0009013 , (5) PRL3 Panelboards P3E250LT42CH01, (120) PRL2 Panelboards P2A600BT42CH01 (40) 500 kVA Transformers V48M28T5516M02 | 803,375.24 | Book | Unknown |
| (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA | 677,661.75 | Book | Unknown |
| D-Link Gigabit Switch (240) | 76,513.46 | Book | Unknown |
| I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's (1320) | 693,832.55 | Book | Unknown |
| (92) 12' Vertical Shelf end caps (2' wide), (576) 6' Horizontal Shelf crossmember IK27E F3M, (1152) 12' Horizontal Shelf crossmember, (2160) 2' x 4' wireshelves J2445-2-2 S-181-16G | 504,454.96 | Book | Unknown |
| 60Kw Backup Generator A054F821 , (3) Server Room Air Conditioner PUY-A36NKA7 | 63,484.93 | Book | Unknown |
| 3000 KVA Refurbished Pad Mounted Transformer (5) | 741,084.79 | Book | Unknown |
| Cisco 5516x Firewall, Meraki 24portSwitch DCS-7150S-24-F,Arista 24 Port fiberoptic switch(2),Cisco 4300Series Routers(2),Meraki 8port Switch(2),Meraki wirelessAP(7),Cisco Catalyst2960Switch(20) | 81,579.18 | Book | Unknown |
| (3) Pow-R Line C switchboards - PRL-C (MRM0009013), (120) PRL2 Panelboards P2A600BT42CH01 (NOTE: Many are missing 600amp breaker) (EZB20172R) | 559,623.01 | Book | Unknown |
| I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's | 336,644.77 | Book | Unknown |
| I10045L Basic, Upgradeable, 60A, 208V DELTA PDU's (STILL IN BOX) | 262,279.26 | Book | Unknown |
| 3750 KVA Refurbished Pad Mounted Transformer | 374,313.75 | Book | Unknown |
| 3750 KVA Refurbished Pad Mounted Transformer (DEFECTIVE - OFFSITE FOR REPAIR) | 93,578.44 | Book | Unknown |
| (16) 500 kVA Transformers V48M28T5516M02 (reconditioned), (12) 500 kVA Transformers V48M28T5516 | 306,730.79 | Book | Unknown |
| 500 kVA Transformers (reconditioned) | 55579.33332 | Book | Unknown |
| (20) Belt Drive Centrifugal Upblast Roof Exhauster TXB48 , (20) Tubeaxial Fan 48" TCTA, (30) Tubeaxial Fan 48" | 1,372,665.58 | Book | Unknown |
| (74) 12' Vertical Shelf end caps (2' wide), (298) 12' Horizontal Shelf crossmember, (1152) 2'x4' wireshelves IK27E F3M, (30) 12' Vertical Shelf end caps J2445-2-2 S-181-16G (2' wide) (STILL ON PALLET), (566) 12' Horizontal Shelf crossmember (STILL ON PALLET), (811) 2' x 4' wireshelves J2445-2-2 S-181-16G (STILL ON PALLET) | 424,560.26 | Book | Unknown |
| (96) D-Link Gigabit Switch, (130) D-Link Gigabit Switch (STILL IN BOX) | 89,088.30 | Book | Unknown |
| Cisco Catalyst 2960 Switch | 58,433.99 | Book | Unknown |
| | 7,575,484.31 | | |

| Debtor | **BCause Mining LLC, a Virginia limited liability company** | Case number *(If known)* **19-10562** |
|---|---|---|
| | Name | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<div style="background:black;color:white">**Part 10:**</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

<div style="background:black;color:white">**Part 11:**</div> **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **BCause Mining LLC, a Virginia limited liability company** | Case number *(if known)* **19-10562** |
|---|---|---|
| | Name | |

---

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $1,637,200.21 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,022,673.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory.  *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $1,000,000.00 | |
| 88. Real property. *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,659,873.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,659,873.21 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BCause Mining LLC, a Virginia limited liability company** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **19-10562** |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   CSC**<br>Creditor's Name<br><br>**3462 Solution Center**<br>**Chicago, IL 60677-3004**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Creditor claims lien on all assets of the Debtor**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$626,305.84** | **$7,500,000.00** |

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**7600**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| **2.2   WESCO Distribution, Inc.**<br>Creditor's Name<br><br>**PO Box 530409**<br>**Atlanta, GA 30353-0409**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Creditor claims lien on all assets of the Debtor**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$745,756.08** | **$7,500,000.00** |
|---|---|---|---|

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**9499**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor   **BCause Mining LLC, a Virginia limited liability company**

Name

Case number (if know)   **19-10562**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,372,061.92

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Paul Bozych<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., #1800<br>Chicago, IL 60603 | Line   2.2 | |
| Seth Robbins<br>Robbins Law Group<br>1100 N. Glebe Rd., #1010<br>Arlington, VA 22201 | Line   2.2 | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **BCause Mining LLC, a Virginia limited liability company** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known)   **19-10562** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.1 | Nonpriority creditor's name and mailing address<br>**Alliance Material Handling, Inc.**<br>**PO Box 62050**<br>**Baltimore, MD 21264-2050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $2,803.70 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AlphaCraft Technologies, LLC**<br>**601 Railroad Ave.**<br>**South Boston, VA 24592**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $351,386.40 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Amazon Web Services, Inc.**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  2785 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $22,686.06 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Bay Technologies**<br>**4501 Bainbridge Blvd., #200**<br>**Chesapeake, VA 23320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $89,437.46 |

Debtor  **BCause Mining LLC, a Virginia limited liability company**
_____
Name

Case number (if known)  **19-10562**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,750.00 |

**BFPE International**
7512 Connelley Dr.
Hanover, MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,898,377.00 |

**BMG Operations Ltd.**
44 Church Street
St. John's
Antigua

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Convertible Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,717.00 |

**Bruce Pollack**
167 Park Ave.
Glencoe, IL 60022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan for Retainer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,057.00 |

**CB Critical Systems**
11816 Mason Park Way
Glen Allen, VA 23059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,459,267.38 |

**Dominion Energy Virginia**
PO Box 26543
Richmond, VA 23290-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2860**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,923.55 |

**Endurance IT Services, LLC**
295 Bendix Road, #300
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lawsuit Case No. 810CL19000594-00**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,018.50 |

**Fallon, Kevin**
2800 252nd Ave.
Salem, WI 53168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BCause Mining LLC, a Virginia limited liability company | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **19-10562** |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,960.00 |
|---|---|---|---|

**Fidelity Labs LLC**
200 Seaport Boulevard
Boston, MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Deposit Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,205.22 |
|---|---|---|---|

**Flake, Thomas**
709 Roosevelt Ave.
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**FRMO Corporation**
One North Lexington Ave., #12-C
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Deposit Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**G Hogan Commercial Cleaning**
645 Estates Way
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,200.00 |
|---|---|---|---|

**HK Cryptocurrency Mining LLC**
c/o  Hugh M. Ross
470 Park Avenue South
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Deposit Payable - HKCCM MLSA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,570.00 |
|---|---|---|---|

**Hoffland Properties, Inc.**
5400 Virginia Beach Blvd.
Virginia Beach, VA 23462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid rent in Virginia Beach**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,400.00 |
|---|---|---|---|

**Horizon Kinetics LLC**
470 Park Avenue South
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Deposit Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number (if known) | 19-10562 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |
|---|---|---|---|

**Inate One LLC**
1083 Independence Blvd., #206
Virginia Beach, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit Payable**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|

**Jack Frost Enterprises**
3168 Holland Road
Virginia Beach, VA 23453

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Johns Brothers Security**
310 E. Street
Hampton, VA 23661

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,500.00 |
|---|---|---|---|

**Joseph LaMontagne**
582 Lynnhaven Parkway
Virginia Beach, VA 23452

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan for Retainer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,500.00 |
|---|---|---|---|

**Michael Adolphi**
4404 Muddy Creek Road
Virginia Beach, VA 23457

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan for Retainer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333,611.09 |
|---|---|---|---|

**Pro Window, Inc.**
1604 Virginia Beach Blvd.
Virginia Beach, VA 23452

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $957,856.37 |
|---|---|---|---|

**Professional Heating & Cooling, Inc**
3306 Arizona Ave.
Norfolk, VA 23513

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number (if known) | 19-10562 |
|---|---|---|---|
| | Name | | |

---

**3.26** Nonpriority creditor's name and mailing address

Seth A. Robbins
Robbins Law Group
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only.  May have interest in claim of WESCO Distribution, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.27** Nonpriority creditor's name and mailing address

Silbar Security Corporation
1508 Technology Drive, #101
Chesapeake, VA 23320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,336.00**

---

**3.28** Nonpriority creditor's name and mailing address

Solutrix
5469 Greenwich Road
Virginia Beach, VA 23462

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposits Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,160.00**

---

**3.29** Nonpriority creditor's name and mailing address

The Water H2Ole, Inc.
1444 Southern Blvd., #C2-A
Virginia Beach, VA 23454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$59.82**

---

**3.30** Nonpriority creditor's name and mailing address

US Customs & Border Protection
6650 Telecom Drive, #100
Indianapolis, IN 46278

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$737,041.90**

---

**3.31** Nonpriority creditor's name and mailing address

Verizon
PO Box 15043
Albany, NY 12212-5043

Date(s) debt was incurred _

Last 4 digits of account number  **9476**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,801.16**

---

**3.32** Nonpriority creditor's name and mailing address

Zhouyang (Mason) Song
2930 Barnard Street, #7204
San Diego, CA 92110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Property Damage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$295,356.40**

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

---

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number (if known) | 19-10562 |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Matthew B. Kirsner<br>Eckert Seamans Cherin & Mellott LLC<br>919 E. Main St., #1300<br>Richmond, VA 23219 | Line __3.32__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Midgett Preti Olansen PC<br>Attn: Alison R. Zizzo<br>2901 Lynnhaven Rd., #120<br>Virginia Beach, VA 23452 | Line __3.10__<br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,675,177.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,675,177.01 |

| Fill in this information to identify the case: |
|---|

Debtor name **BCause Mining LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **19-10562**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Parcel and Improvements 5465 Greenwich Rd., Virginia Beach, VA 23462** | |
|---|---|---|---|
| | State the term remaining | **10/31/2027** | **Hoffland Properties c/o Atlantic Dominion Distributors 5400 Virginia Beach Blvd. Virginia Beach, VA 23462** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          BCause Mining LLC, a Virginia limited liability company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    19-10562

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|     | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
|     | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | BCause Clear LLC | 130 S. Jefferson St., #101 Chicago, IL 60661 | WESCO Distribution, Inc. | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | BCause Clear LLC | 130 S. Jefferson St., #101 Chicago, IL 60661 | CSC | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | BCause Derivatives Exchange LLC | 130 S. Jefferson St., #101 Chicago, IL 60661 | WESCO Distribution, Inc. | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | BCause Derivatives Exchange LLC | 130 S. Jefferson St., #101 Chicago, IL 60661 | CSC | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | BCause LLC | 130 S. Jefferson St., #101 Chicago, IL 60661 | WESCO Distribution, Inc. | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | BCause Mining LLC, a Virginia limited liability company | Case number *(if known)* | 19-10562 |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

*Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.*

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | BCause LLC | 130 S. Jefferson St., #101<br>Chicago, IL 60661 | CSC | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | BCause Spot LLC | 130 S. Jefferson St., #101<br>Chicago, IL 60661 | WESCO Distribution, Inc. | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | BCause Spot LLC | 130 S. Jefferson St., #101<br>Chicago, IL 60661 | CSC | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | BCause Trust, Inc. | 192 Ballard Court, #303<br>Virginia Beach, VA 23462 | WESCO Distribution, Inc. | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | BCause Trust, Inc. | 192 Ballard Court, #303<br>Virginia Beach, VA 23462 | CSC | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **BCause Mining LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **19-10562**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *May 14, 2019*        X _____
                                      Signature of individual signing on behalf of debtor

**Ann M. Cresce**
Printed name

**Corporate Secretary and General Counsel**
Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name     **BCause Mining LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **19-10562**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $4,012,845.00 |
| **For prior year:**<br>From   **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $16,214,867.00 |
| **For year before that:**<br>From   **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $16,214,867.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From   **1/01/2018** to **12/31/2018** | **Grant Income** | $436,823.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **BCause Mining LLC, a Virginia limited liability company**    Case number *(if known)*    **19-10562**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.     See Attached | | **$2,125,849.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   WESCO Distribution, Inc. v. BCause Mining, LLC, et al.<br>2019 L 050181 | Garnishment Summons (Non-Wage) | Circuit Court of Cook County<br>50 W. Washington Street<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

STATEMENT OF FINANCIAL AFFAIRS

3.

Schedule 1

Bcause Mining LLC - Certain Payments or Transfers to Creditors within 90 Days Before Filing This Case

| Creditor's Name and Address | Date | Amount | Class | Reason for Payment or Transfer |
|---|---|---|---|---|
| Dominion Energy Virginia P.O. Box 26543, Richmond, VA 23290-0001 | 01/22/2019 | 500,000.00 | Mining | Suppliers or Vendors/Services |
| Dominion Energy Virginia P.O. Box 26543, Richmond, VA 23290-0001 | 02/01/2019 | 500,000.00 | Mining | Suppliers or Vendors/Services |
| Dominion Energy Virginia P.O. Box 26543, Richmond, VA 23290-0001 | 03/11/2019 | 500,000.00 | Mining | Suppliers or Vendors/Services |
| Dominion Energy Virginia P.O. Box 26543, Richmond, VA 23290-0001 | 02/15/2019 | 368,709.03 | Mining | Suppliers or Vendors/Services |
| Dominion Energy Virginia P.O. Box 26543, Richmond, VA 23290-0001 | 3/19/2019 | 140,000.00 | Mining | Suppliers or Vendors/Services |
| Hoffland Properties, Inc. 5400 Virginia Beach Blvd, Virginia Beach, VA 23462 | 02/01/2019 | 58,570.00 | Mining | Suppliers or Vendors |
| Hoffland Properties, Inc. 5400 Virginia Beach Blvd, Virginia Beach, VA 23462 | 03/01/2019 | 58,570.00 | Mining | Suppliers or Vendors |
| | | 2,125,849.03 | | |

Debtor   BCause Mining LLC, a Virginia limited liability company   Case number (if known)   19-10562

---

**Part 4:**   Certain Gifts and Charitable Contributions

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
     the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

**Part 6:**   Certain Payments or Transfers

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
     of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
     relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Crane, Simon, Clar & Dan<br>Suite 3705<br>135 South LaSalle Street<br>Chicago, IL 60603-4297 | Attorney Fees (includes filing fee) | 4/11/19 | $25,818.38 |
| | Email or website address<br>sclar@cranesimon.com | | | |
| | Who made the payment, if not debtor?<br>Michael Adolphi, Joseph<br>LaMontagne, Bruce Pollack | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
     to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
     2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
     both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    BCause Mining LLC, a Virginia limited liability company    Case number *(if known)*    19-10562

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 277 Bendix Rd., #420<br>Virginia Beach, VA 23452 | 9/18/17 - 2/28/18 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

5/14/19 12:08PM

Debtor    **BCause Mining LLC, a Virginia limited liability company**    Case number *(if known)*   **19-10562**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

STATEMENT OF FINANCIAL AFFAIRS

Schedule 2

BCause Mining LLC - Books Records and Financial Statement

List all accountants and bookkeepers who maintained the debtor's books and records within 2
26a  years before filing this case.

| Name | Address | Date of Service |
|------|---------|-----------------|
| Michael Adolphi | 4404 Muddy Creek Road, Virginia Beach, VA 23457 | 12/2013 - present |
| Christina Vaassen | 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 | 11/2017 - present |

List all firms or individuals who have audited, compiled, or reviewed debtor's books of account
26b. and records or prepared a financial statement within 2 years before filing this case.

| Name | Address | Date of Service |
|------|---------|-----------------|
| Wall, Einhorn, & Chernitzer, PC | 150 W. Main Street, Suite 1200, Norfolk, VA 23510 | 1/2015 - 4/2018 |
| Jones, Madden & Council, PLC | 5029 Corporate Woods Drive, Suite 190, Virginia Beach, VA 23462 | 3/2018 - present |

List all firms or individuals who were in possession of the debtor's books of account and records
when this case is filed.

26c.

| Name | Address |
|------|---------|
| Jones, Madden & Council, PLC | 5029 Corporate Woods Drive, Suite 190, Virginia Beach, VA 23462 |
| George Sladoje | 130 S. Jefferson Street, Suite 101, Chicago, IL 60661 |
| Christina Vaassen | 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 |
| Michael Adolphi | 4404 Muddy Creek Road, Virginia Beach, VA 23457 |

Debtor   BCause Mining LLC, a Virginia limited liability company   Case number *(if known)*   19-10562

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BCause LLC | 192 Ballard Ct., #303<br>Virginia Beach, VA 23462 | Holding Comany | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Part 14:**    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 14, 2019

_____    **Ann M. Cresce**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Corporate Secretary and General Counsel**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
☐ Yes