IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-10562 |
| BCause Mining, LLC, | ) | Judge Janet S. Baer |
| | ) | Chapter 11 |
| debtors/debtors-in-possession. | ) | Jointly Administered |

## GLOBAL NOTES, METHODOLOGY & SPECIFIC DISCLOSURE REGARDING THE DEBTORS' SCHEDULES AND ASSETS AND LIABILITIES & STATEMENTS OF FINANCIAL AFFAIRS

1.    **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFAs, but inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and SOFAs from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFAs with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFAs as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "Contingent," or "Unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and SOFAs as "disputed," "Contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor the Claim is listed against or against any of the Debtors.  Nothing contained in the Schedules and SOFAs constitutes a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code.

A listing in the Schedules or SOFAs (including, without limitation, Schedule A/B, Schedule E/F or SOFA 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

2.    **Description of Cases**.  On April 11, 2019 and April 12, 2019 (the "Petition Dates"), the debtors (BCause Mining LLC and BCause LLC, respectively) filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their assets as debtors in possession under §§1107(a) and

1108 of the Bankruptcy Code.  On May 8, 2019, the Bankruptcy Court entered an order directing joint administration of the Debtors' chapter 11 cases. (Dkt. 72).

3.     **Net Book Value of Assets**.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.   Accordingly, unless otherwise indicated, the Debtors' Schedules and SOFAs reflect net book values as of the close of business on March 31, 2019, in the Debtors' books and records.   Additionally, because the book values of certain assets, such as patents, trademarks, and copy rights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.   Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the schedules and SOFAs if they have no net book value.

4.     **Recharacterization**.    Despite the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.   The Debtors accordingly reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFAs at a later time as necessary or appropriate, as additional information becomes available, including, without limitation, whether contracts or leases listed in the schedules and SOFAs were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

| Fill in this information to identify the case: |
|---|

Debtor name    **BCause LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    19-10731

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                                 Current value of debtor's interest

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Lakeside Bank | Checking Account | 2961 | $911,942.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                                       $911,942.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   See Attached                                        $371,259.11

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                         $371,259.11
      Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | BCause LLC, a Virginia limited liability company | Case number *(If known)* | 19-10731 |
|---|---|---|---|
| | Name | | |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**See Attached** | $44,957.71 | Book | Unknown |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>**See Attached** | $36,725.42 | Book | Unknown |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $0.00 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

SCHEDULE A/B
7. Deposits, including security deposits and utility deposits

Schedule 1
BCause LLC - Deposits

| Vendor | Description | Amount on Deposit |
|---|---|---|
| W-R2 Jefferson Owner VIII, L.L.C. | Chicago Office Lease | 29,700.00 |
| Greenwich Center Investors, L.C. | Virginia Beach Office Lease | 2,938.50 |
| Keystone NAP | Deposit for Co-Hosting Contract not Performed | 320,218.00 |
| CCA Financial | Dell Server Lease | 18,095.95 |
| ComEd | Chicago Office Electric Service | 306.66 |
| | | 371,259.11 |

SCHEDULE A/B
39. Office Furniture

Schedule 2
BCause LLC - Office Furniture

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Group Lacasse Cube Rectangular Coffee Table with Shelves Underneath Willow Gray Laminate | 385.00 | Book | Unknown |
| Group Lacasse Shifter Mesh Back Guest Chairs (2) | 390.00 | Book | Unknown |
| Group Lacasse Cube Square Side Table with Shelves Underneath Willow Gray Laminate | 310.00 | Book | Unknown |
| Group Lacasse Quorum Round Tuscany Laminate Meeting Table - Grede Office | 575.00 | Book | Unknown |
| Group Lacasse Concept 400E L-Shaped Desk w/Return Tuscany Walnut Laminate - Grede Office | 990.00 | Book | Unknown |
| Group Lacasse Shifter Mesh-back guest chair (6) | 1,170.00 | Book | Unknown |
| Group Lacasse Concept 400E L-Shaped Desks Tuscany Walnut Lamimate (3) | 4,665.00 | Book | Unknown |
| Desk Workstations for Chicago Office (11) | 6,050.00 | Book | Unknown |
| Executive Chair (8), Guest Chairs (2), Bar Stools (9), Side Chairs (8),Steelcase Leap Chairs (4), Tables (5), Lounge Chairs (2) | 12,210.94 | Book | Unknown |
| Conference Room Table - Chicago Office | 874.31 | Book | Unknown |
| Desk Workstations for Chicago Office (9) | 4,950.00 | Book | Unknown |
| "GROUPE LACASSE | CONCEPT 400E Straight desk includes: (1) 72"W x 42"D Bowfront desk with (1) Box/File pedestal. – Chicago Office" | 607.13 | Book | Unknown |
| Lobby Table & Chairs | 492.98 | Book | Unknown |
| Kitchen Table & Chairs | 316.92 | Book | Unknown |
| Conference Room Credenza | 315.88 | Book | Unknown |
| 2 Desks with Side tables, Printer Table, Confrence Room Table and Chairs | 9,372.99 | Book | Unknown |
| Used desk, Love seat, 4 x guest chairs, high back chair | 305.00 | Book | Unknown |
| White desk set x 5, 36" lateral file cabinet, vertical file cabinet | 450.00 | Book | Unknown |
| Refrigerator | 527.56 | Book | Unknown |
| | 44,958.71 | | |

SCHEDULE A/B
41. Office Equipment, including all computer equipment and
communication systems equipment and software

Schedule 3
BCause LLC - Office Equipment

| General Description | Net Book Balue of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Docking Station, Monitor | 590.31 | Book | Unknown |
| Dell Inspiron 17 7000 2-in-1 Touch Laptop (2) | 2,013.96 | Book | Unknown |
| HP PageWide Pro MFP 577 dw Printer | 1,299.59 | Book | Unknown |
| Dell Inspiron 2-in-1 UHD Touchscreen Laptop (2) | 2,697.98 | Book | Unknown |
| Dell Inspiron 13 5000 Series 2-in-1 -5379 Laptop | 2,124.99 | Book | Unknown |
| Dell Inspiron 15 5000 series (KBL-R) 5579 Laptop (4) | 4,249.98 | Book | Unknown |
| Dell Inspiron 2-in-1 UHD27" Monitor & HDMI Cable | 481.54 | Book | Unknown |
| IMAC 27/3.4QC/8GB/1TB/ FD/RP570 SN:C02Vt2JU1GG | 1,993.32 | Book | Unknown |
| HD TV, Cable & Wall Mount | 1,573.23 | Book | Unknown |
| Dell - Inspiron 2-in-1 17.3" Touch-Screen Laptop - Intel Core i7 - 16GB Memory | 1,059.99 | Book | Unknown |
| 27" HDMI Monitor | 264.98 | Book | Unknown |
| Best Buy - Dell 17.3" 2-in-1 Intel Core I7, 16GB Laptop | 1,212.74 | Book | Unknown |
| Best Buy - Dell 15.6" 2-in-1 Intel Core I7, 16GB Laptop | 2,900.33 | Book | Unknown |
| Lenovo-Think Pad T480s Intel Core i7-8550U Processor | 1,505.65 | Book | Unknown |
| Cisco Small Business RV340W -wireless router -802.11a/b/g/n/acWave 2 - dMfg Part # : RV340W-A-K9-NA (Chicago Office) | 653.36 | Book | Unknown |
| HP 202A LaserJet Printer (2) | 631.34 | Book | Unknown |
| Cisco Nexus 3548 Switch - Managed - 48x1 Gb/10 GB (2) | 11,472.13 | Book | Unknown |
| | 36,725.42 | | |

Dell PowerEdge U40 Engine
Servers

Lease

| Debtor | BCause LLC, a Virginia limited liability company | Case number *(If known)* **19-10731** |
|---|---|---|
| | Name | |

■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BCause LLC, a Virginia limited liability company**    Case number *(If known)* **19-10731**
Name

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $911,942.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $371,259.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,283,201.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,283,201.11 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| **Fill in this information to identify the case:** | | |
|---|---|---|
| Debtor name | **BCause LLC, a Virginia limited liability company** | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | **19-10731** | ☐ Check if this is an amended filing |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Wesco Distribution, Inc.**<br>Creditor's Name<br><br>PO Box 530409<br>Quincy, FL 32353-0409<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Creditor claims, but Debtor may dispute, lien attaching to bank account at Lakeshore Bank**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $745,756.08 | $911,942.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$745,756.08**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Paul Bozych**<br>Nielsen, Zehe & Antax, PC<br>Chicago, IL 60603 | Line **2.1** | |
| **Seth A. Robbins**<br>1100 N. Glebe Rd., #1010<br>Arlington, VA 22204-1000 | Line **2.1** | |

| Fill in this information to identify the case: |
|---|

Debtor name        **BCause LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **19-10731**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,250.32** | **$8,250.32** |
|---|---|---|---|---|

2.1   Priority creditor's name and mailing address
**Chapman, Dawn**
**2324 Treesong Trail**
**Virginia Beach, VA 23456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$8,250.32**   Priority amount **$8,250.32**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

2.2   Priority creditor's name and mailing address
**Childress, Patrick**
**701 S. Wells St., #2001**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$42,504.80**   Priority amount **$13,650.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BCause LLC, a Virginia limited liability company** | Case number (if known) | **19-10731** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,001.28 | $13,650.00 |
|---|---|---|---|---|

**Cresce, Ann**
5731 Hampton Dr.
Long Grove, IL 60047

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,003.20 | $13,650.00 |
|---|---|---|---|---|

**Fallon, Kevin**
2800 252nd Ave.
Salem, WI 53168

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**GA Secretary of State - Corp. Div.**
**2 Martin Luther King Jr Drive SE**
**Suite 313 West Tower**
**Atlanta, GA 30334**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.31 | $741.31 |
|---|---|---|---|---|

**Illinois Department of Taxation**
PO Box 19002
Springfield, IL 62794-9002

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pay Date 4/5/18 IL Witholding Tax**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **BCause LLC, a Virginia limited liability company** | Case number (if known) | **19-10731** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.76 | $879.76 |
|---|---|---|---|---|

**Internal Revenue Service**

Philadelphia, PA 19255-0430

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pay Date 4/5/19 Federal Unemployment Tax (Form 940)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,476.61 | $14,476.61 |
|---|---|---|---|---|

**Internal Revenue Service**

Philadelphia, PA 19255-0430

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pay Date 4/5/19 Federal Withholding Tax (Form 941)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**MA Commonwealth**
**William Francis Galvin**
**One Ashburton Place, Room 1717**
**Boston, MA 02108-1512**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**RI Department of State**
**Division of Business Services**
**148 W. River St.**
**Providence, RI 02904-2615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **BCause LLC, a Virginia limited liability company** | Case number (if known) | 19-10731 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,272.41 | $1,272.41 |
|---|---|---|---|---|

**Virginia Department of Taxation**
PO Box 1115
Richmond, VA 23218-1150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Pay Date 4/5/19 VA Withholding Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_8_)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,088.00 |
|---|---|---|---|

**Abacus Solutions, LLC**
1190 Kennestone Circle NW, #120
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,167.49 |
|---|---|---|---|

**Adolphi, Michael**
4404 Muddy Creek Rd.
Virginia Beach, VA 23457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,686.05 |
|---|---|---|---|

**Amazon Web Services, Inc.**
410 Terry Avenue North
Seattle, WA 98109-5210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2785

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Andrew Cohen**
3750 Jefferson Blvd.
Virginia Beach, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Aon Risk Services Northeast, Inc.**
PO Box 7247-73676
Philadelphia, PA 19170-7376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7849

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BCause LLC, a Virginia limited liability company** | Case number (if known) | **19-10731** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.26 |
|---|---|---|---|

**Asgard Partners & Co, LLC**
12 East 49th St.
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**BitGo, Inc.**
2443 Ash Street
Palo Alto, CA 94306

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,744.31 |
|---|---|---|---|

**Boyk, William**
982 Dakota Circle
Naperville, IL 60563

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,235.67 |
|---|---|---|---|

**Brian Sayler**
48 Bensam Place
Haledon, NJ 07508

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,568.79 |
|---|---|---|---|

**Brian Sayler**
48 Bensam Place
Haledon, NJ 07508

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,500.00 |
|---|---|---|---|

**Capital Counsel, L.L.C.**
700 13th Street, NW, 2nd Floor
Washington, DC 20005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,615.42 |
|---|---|---|---|

**Century Link**
1025 Eldorado Blvd.
Broomfield, CO 80021

Date(s) debt was incurred __

Last 4 digits of account number  **WCDF**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address
Century Link
1025 Eldorado Blvd.
Arvada, CO 80001

Date(s) debt was incurred _
Last 4 digits of account number  WCDF

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,931.19

---

**3.14** | Nonpriority creditor's name and mailing address
Chapman, Dawn
2324 Treesong Trail
Virginia Beach, VA 23456

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Services and Expense Claim

Is the claim subject to offset? ■ No ☐ Yes

$2,388.99

---

**3.15** | Nonpriority creditor's name and mailing address
Chris Sikes
1332 Creekview Drive
Chesapeake, VA 23321

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.16** | Nonpriority creditor's name and mailing address
Chuck Mackie
4827 N. Hamilton
Chicago, IL 60625

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,300.00

---

**3.17** | Nonpriority creditor's name and mailing address
Ciniva, LLC
251 Granby Street
Norfolk, VA 23510

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90,000.00

---

**3.18** | Nonpriority creditor's name and mailing address
Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Date(s) debt was incurred _
Last 4 digits of account number  3837

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$324.45

---

**3.19** | Nonpriority creditor's name and mailing address
ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Date(s) debt was incurred _
Last 4 digits of account number  8083

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$276.68

---

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
|--------|--------------------------------------------------|------------------------|----------|
|        | Name                                             |                        |          |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.27 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|
| | **Cox Business**<br>Dept 781121<br>PO Box 78000<br>Detroit, MI 48278-1121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2003 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,615.68 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Cresce, Ann**<br>5731 Hampton Dr.<br>Long Grove, IL 60047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Employee services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,521.25 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Crystal Clear Communications**<br>3180 N. Lake Shore Drive, #20C<br>Chicago, IL 60657 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.87 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|
| | **Electronic Verification Systems**<br>2500 Technology Drive<br>Louisville, KY 40299 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,807.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Endurance IT Services**<br>4756 Lodgepole Dr.<br>Virginia Beach, VA 23462 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,321.28 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Fallon, Kevin**<br>2800 252nd Ave.<br>Salem, WI 53168 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Employee services and expense claim | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **FIA**<br>2001 Pennsylviani Ave. NW, #600<br>Washington, DC 20006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known)   19-10731 |
|---|---|---|
| | Name | |

---

**3.27** Nonpriority creditor's name and mailing address

FIS Systems International LLC
601 Riverside Ave.
Jacksonville, FL 32204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan for Retainer

Is the claim subject to offset? ■ No ☐ Yes

$1,717.00

---

**3.29** Nonpriority creditor's name and mailing address

Frederick J. Grede
500 N. Lake Shore Drive, Unit 3314
Chicago, IL 60611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expense claim

Is the claim subject to offset? ■ No ☐ Yes

$48,968.17

---

**3.30** Nonpriority creditor's name and mailing address

Greenhouse Software, Inc.
PO Box 392683
Pittsburgh, PA 15251-9683

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,375.00

---

**3.31** Nonpriority creditor's name and mailing address

Greenwich Centre Investors, L.C.
c/o Robinson Development Group
150 W. Main St., #1100
Norfolk, VA 23510

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,038.46

---

**3.32** Nonpriority creditor's name and mailing address

Health Equity, Inc.
15 W. Scenic Pointe Drive, #100
Draper, UT 84020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$809.60

---

**3.33** Nonpriority creditor's name and mailing address

HireRight, LLC
PO Box 847891
Dallas, TX 75284-7891

Date(s) debt was incurred _

Last 4 digits of account number  1774

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$124.70

---

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
| --- | --- | --- | --- |
|  | Name |  |  |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,175.00 |
| --- | --- | --- | --- |

**Jeff Brandt**
**601 Tradewind Circle**
**Newport News, VA 23602-6324**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,000.00 |
| --- | --- | --- | --- |

**John Ashby**
**1440 W. Little Neck Road**
**Virginia Beach, VA 23452**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Payable

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,395.00 |
| --- | --- | --- | --- |

**Jones, Madden & Council, PLC**
**5029 Corporate Woods Drive, #190**
**Virginia Beach, VA 23462**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,487.50 |
| --- | --- | --- | --- |

**Justin Taylor**
**7507 S. Morgan St.**
**Chicago, IL 60620**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,840.87 |
| --- | --- | --- | --- |

**K&L Gates LLP**
**PO Box 844255**
**Boston, MA 02284-4255**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,000.00 |
| --- | --- | --- | --- |

**Karan Rai**
**921 Atlantic Avenue, #1401**
**Virginia Beach, VA 23451**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Payable

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470,236.95 |
| --- | --- | --- | --- |

**Katten Munchin Rosenman LLP**
**525 W. Monroe St.**
**Chicago, IL 60661**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **BCause LLC, a Virginia limited liability company** | Case number (if known) | **19-10731** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,128.70** |
|---|---|---|---|

LeClairRyan
4405 Cox Road, #200
Glen Allen, VA 23060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Legal Resources**
2877 Guardian Lane, #101
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**Marc Nagel**
680 N. Lake Shore Drive, #419
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,612.35** |
|---|---|---|---|

**Mayo Insurance Agency Inc.**
1917 Laskin Road, #101
Virginia Beach, VA 23450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**Meltwater News US Inc.**
Dept LA 2372
Pasadena, CA 91185-3721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,723.38** |
|---|---|---|---|

**Nasdaq**
One Liberty Plaza, 50th Floor
New York, NY 10006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,789.62** |
|---|---|---|---|

**Patrick Childress**
701 S. Wells St., #2001
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Employee services and Expense Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BCause LLC, a Virginia limited liability company** | Case number (if known) | **19-10731** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Patrick S. Childress**
701 S. Wells St., #2001
Chicago, IL 60607

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan for Retainer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Paul Bozych**
Nielsen, Zehe & Antas, PC
55 W. Monroe St., #1800
Chicago, IL 60603

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For Notice Purposes Only.  May have interest in claim of Wesco Distribution, Inc.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,500.00** |
|---|---|---|---|

**Paul Wong**
4020 Church Point Road
Virginia Beach, VA 23455

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,382.19** |
|---|---|---|---|

**Paychex of New York LLC**
8215 Forest Point Blvd., #150
Charlotte, NC 28273

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Pinnacle Group**
208 Golden Oak Court, #121
Virginia Beach, VA 23452

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,980.38** |
|---|---|---|---|

**Pollack, Bruce**
167 Park Ave.
Glencoe, IL 60022

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expense claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,318.00** |
|---|---|---|---|

**SoftVision Consulting LLC**
Two Midtown Plaza
1349 W. Peachtree St., N.E., #1375
Atlanta, GA 30309

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.26 |
|---|---|---|---|

**Sun Life Financial**
PO Box 7247-0381
Philadelphia, PA 19170-0381

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,840.00 |
|---|---|---|---|

**Tradehelm, Inc.**
27 N. Wacker Dr., #103
Chicago, IL 60606

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,645.03 |
|---|---|---|---|

**United HealthCare**
PO Box 94017
Palatine, IL 60094-4017

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $867.10 |
|---|---|---|---|

**UNUM - Dental**
PO Box 406990
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.67 |
|---|---|---|---|

**UNUM - LTD/B Life**
PO Box 406990
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.92 |
|---|---|---|---|

**UNUM - STD**
2211 Congress St.
Portland, ME 04102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.42 |
|---|---|---|---|

**UNUM - Vision**
PO Box 406990
Eaton Park, FL 33840

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BCause LLC, a Virginia limited liability company | Case number (if known) | 19-10731 |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,900.00 |
|---|---|---|---|

**W-R2 Jefferson Owner VIII, L.L.C.**
**1200 North Branch**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | IRS/Special Procedures Branch<br>230 S. Dearborn, #3030A<br>Attn: STOP 5010-CHI<br>Chicago, IL 60604 | Line  2.8<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 139,004.69 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,607,922.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,746,927.61 |

**Fill in this information to identify the case:**

Debtor name    BCause LLC, a Virginia limited liability company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    19-10731

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

    **2. List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Dell Servers** | |
| | State the term remaining | 7/31/2020 | **CCA Financial, LLC**<br>**10993 Richardson Rd., #14**<br>**Ashland, VA 23005** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office at 192 Ballard Court, #303,  Virginia Beach, VA 23462** | |
| | State the term remaining | 4/30/2021 | **Greenwich Center Investors, LLC**<br>**c/o Robinson Development Group, Inc**<br>**150 W. Main St., #1100**<br>**Norfolk, VA 23510** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office at 130 S. Jefferson, Chicago, IL 60661** | |
| | State the term remaining | 11/2020 | **R2 Companies**<br>**1130 W. Monroe St.**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>BCause LLC, a Virginia limited liability company</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-10731</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | BCause Clear LLC | 130 S. Jefferson St., #101 Chicago, IL 60601 | Wesco Distribution, Inc. | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | BCause Derivatives Exchange LLC | 130 S. Jefferson St., #101 Chicago, IL 60601 | Wesco Distribution, Inc. | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | BCause Mining LLC | 130 S. Jefferson St., #101 Chicago, IL 60601 | Wesco Distribution, Inc. | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | BCause Spot LLC | 130 S. Jefferson St., #101 Chicago, IL 60601 | Wesco Distribution, Inc. | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | BCause Trust Inc. | 130 S. Jefferson St., #101 Chicago, IL 60601 | Wesco Distribution, Inc. | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **BCause LLC, a Virginia limited liability company**                    Case number *(if known)*    **19-10731**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.6 | CCA Financial, LLC | 10993 Richardson Rd., #14<br>Ashland, VA 23005 | Dell Servers | ☐ D _____<br>☐ E/F _____<br>■ G   **2.1** |
| 2.7 | R2 Companies | 1130 W. Monroe St.<br>Chicago, IL 60607 | Office | ☐ D _____<br>☐ E/F _____<br>■ G   **2.3** |

**Fill in this information to identify the case:**

Debtor name    **BCause LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **19-10731**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑ *Schedule H: Codebtors (Official Form 206H)*
☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 14, 2019_    X _____
Signature of individual signing on behalf of debtor

**Ann M. Cresce**
Printed name

**Corporate Secretary and General Counsel**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **BCause LLC, a Virginia limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **19-10731**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |
    | 3.1.    See Attached | | $143,233.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

STATEMENT OF FINANCIAL AFFAIRS

3.   Certain payments or transfers to creditors within 90 days before filing this case

Schedule 1

Bcause LLC - Certain Payments or Transfers to Creditors within 90 Days Before Filing This Case

| Creditor's Name and Address | Date | Amount | Class | Reason for Payment or Transfer |
|---|---|---|---|---|
| CCA Financial<br>10993 Richardson Road, Ste 14, Ashland, VA 23005 | 02/01/2019 | 18,096.17 | Holding | Suppliers or Vendors |
| W-R2 Jefferson Owner VIII, L.L.C.<br>1200 North Branch, Chicago, IL 60642 | 02/01/2019 | 9,900.00 | Holding | Suppliers or Vendors |
| United HealthCare<br>PO Box 94017, Palatine, IL 60094-4017 | 02/12/2019 | 17,039.86 | Holding | Suppliers or Vendors/Services |
| Ciniva, LLC<br>251 Granby Street, Norfolk, VA 23510 | 03/01/2019 | 26,000.00 | Holding | Suppliers or Vendors |
| CCA Financial<br>10993 Richardson Road, Ste 14, Ashland, VA 23005 | 03/01/2019 | 18,096.17 | Holding | Suppliers or Vendors |
| W-R2 Jefferson Owner VIII, L.L.C.<br>1200 North Branch, Chicago, IL 60642 | 03/01/2019 | 9,900.00 | Holding | Suppliers or Vendors |
| Century Link<br>PO Box 910182, Denver, CO 80291-0182 | 03/08/2019 | 9,500.00 | Holding | Suppliers or Vendors/Services |
| United HealthCare<br>PO Box 94017, Palatine, IL 60094-4017 | 03/12/2019 | 16,605.49 | Holding | Suppliers or Vendors/Services |
| CCA Financial<br>10993 Richardson Road, Ste 14, Ashland, VA 23005 | 04/01/2019 | 18,096.17 | Holding | Suppliers or Vendors |
| | | 143,233.86 | | |

Debtor  **BCause LLC, a Virginia limited liability company**                Case number *(if known)* **19-10731**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Endurance Network Services, LLC dba Endurance IT Services v. BCause, LLC 810CL19000594-00 | Breach of Contract | Circuit Court of the City of Virginia Beach 2425 Nimmo Parkway, Bldg. 10 Virginia Beach, VA 23456 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | WESCO Distribution, Inc. v. BCause Mining, LLC, et al. 2019L050181 | Granishment (Non-Wage) | Circuit Court of Cook County 50 W. Washington Street Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

05/14/19 11:51AM

Debtor    **BCause LLC, a Virginia limited liability company**    Case number *(if known)*    19-10731

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Crane, Simon, Clar & Dan Suite 3705 135 South LaSalle Street Chicago, IL 60603-4297** | Attorney Fees  plus filing fee of $1,717 | April 12, 2019 | $26,717.00 |
| Email or website address **sclar@cranesimon.com** | | | |
| Who made the payment, if not debtor? **Patrick Childress ($25,000) Fred Grede ($1,717)** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

Debtor    **BCause LLC, a Virginia limited liability company**          Case number *(if known)*   **19-10731**

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **277 Bendix Rd., #420**<br>**Virginia Beach, VA 23452** | **2013 - 2//28/18** |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **BCause LLC 401K Profit Sharing Plan & Trust** | EIN:  **46-4298579** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Debtor   **BCause LLC, a Virginia limited liability company**                    Case number *(if known)*   19-10731

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Towne Bank<br>1 Old Oyster Point Rd.<br>Newport News, VA 23602 | XXXX-2001 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12-15-18 | $689,995.00 |
| 18.2. | Towne Bank<br>1 Old Oyster Point Rd.<br>Newport News, VA 23602 | XXXX-8094 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12-15-18 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Debtor   **BCause LLC, a Virginia limited liability company**                    Case number *(if known)*   **19-10731**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |
| 25.1.    **See Attached** | | EIN: |
| | | From-To |

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1.    **See Attached Schedule 3** | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1.    **See Attached Schedule 3** | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

STATEMENT OF FINANCIAL AFFAIRS

25. Other businesses in which the debtor has or has had an interest

Schedule 2

BCause LLC - Other Businesses in Which the Debtor has or has had an Interest

| Business Name | Address | Describe the nature of the business | Employer's Identification Number | Date Business Existed |
|---|---|---|---|---|
| BCause Mining LLC | 5469 Greenwich Road, Virginia Beach, VA 23462 | Hosting Services | 82-2810783 | 9/18/2017 - present |
| BCause Spot LLC | 130 S. Jefferson Street, Suite 101, Chicago, IL 60661 | Not Yet Operating | 82-3232788 | 10/27/2017 - present |
| BCause Derivatives LLC | 130 S. Jefferson Street, Suite 101, Chicago, IL 60661 | Not Yet Operating | 82-3148790 | 10/20/2017 - present |
| BCause Clear LLC | 130 S. Jefferson Street, Suite 101, Chicago, IL 60661 | Not Yet Operating | 82-3143389 | 10/19/2017 - present |
| BCause Trust, Inc. | 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 | Not Yet Operating | 30-1113364 | 7/19/2018 - present |
| BCause Secure LLC | 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 | Not Yet Operating | 83-2016795 | 9/25/2018 - present |

STATEMENT OF FINANCIAL AFFAIRS

Schedule 3

BCause LLC - Books Records and Financial Statement

26a. Books, records, and financial statements – all accountants and bookkeepers

| Name | Address | Date of Service |
|------|---------|-----------------|
| Michael Adolphi | 4404 Muddy Creek Road, Virginia Beach, VA 23457 | 12/2013 - present |
| Wayne Pehrson | Tidewater Accounting - 1501 Woodbridge Place, Virginia Beach, VA 23453 | 12/2016 - 1/1/2018 |
| Christina Vaassen | 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 | 11/2017 - present |

26b. List all firms or individuals who have audited, compiled or reviewed debtor's books & records

| Name | Address | Date of Service |
|------|---------|-----------------|
| Wall, Einhorn, & Chernitzer, PC | 150 W. Main Street, Suite 1200, Norfolk, VA 23510 | 1/2015 - 4/2018 |
| Jones, Madden & Council, PLC | 5029 Corporate Woods Drive, Suite 190, Virginia Beach, VA 23462 | 3/2018 - present |

26c. List all firms or individuals who were in possession of the debtor's books of accounts and records

| Name | Address |
|------|---------|
| Jones, Madden & Council, PLC | 5029 Corporate Woods Drive, Suite 190, Virginia Beach, VA 23462 |
| George Sladoje | 130 S. Jefferson Street, Suite 101, Chicago, IL 60661 |
| Christina Vaassen | 192 Ballard Court, Suite 303, Virginia Beach, VA 23462 |
| Michael Adolphi | 4404 Muddy Creek Road, Virginia Beach, VA 23457 |

Debtor   **BCause LLC, a Virginia limited liability company**                     Case number *(if known)*   **19-10731**

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **See Attached Schedule 3** | |

---

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **See Attached** |

---

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Attached** | | | |

---

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Attached** | | | |

---

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1   **See Attached** | | | |
| **Relationship to debtor** | | | |

---

Schedule 4

BCause LLC - List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

| Name | Address |
|------|---------|
| Aon Commercial Risk Solutions - Northeast Surety | 44 Whippany Road, Morristown, NH 07960/One Liberty Plaza, 165 Broadway, 33rd Floor, New York, NY 10006 |
| BitGo Trust Company Inc. | 6216 S Pinnacle Pl #101, Sioux Falls, SD  57108 |
| BitOoda | 185 Hudson Street, 25 FL, Jersey City, NJ 07302 |
| Broadhaven | 150 N. Riverside Plaza, Chicago, IL 60606 |
| Burling Bank | 41 Jackson Blvd #280, Chicago, IL 60604 |
| BX3 Capital | 261 Madison Avenue New York, NY 10016 |
| CMT | 500 W. Monroe Street, Suite 2630, Chicago, IL 60661 |
| Deep Systems | 111 W. Jackson Blvd, Chicago, IL 60604 |
| Emerald Development | 909 3rd Avenue, NY, NY 10022 |
| Lakeside Bank | 141 W Jackson Blvd #130A, Chicago, IL 60604 |
| PF Growth | 160 Tiburon Blvd. Suite D, Tiburon, CA 94920 |
| Raptor | 4-1 W. 14th Street, 4th Floor, New York, NY 10014 |
| SBI | 1-6-1 Roppongi, Minato-ku, Tokyo |
| Trans Market Group | 550 W. Jackson Blvd, Chicago, IL 60661 |
| TrueChain | 8170, Lark Brown Road, Suite 202 Elkridge, MD 21075 |
| WESCO Distribution, Inc. | P. O. Box 530409, Atlanta, GA 30353-0409 |
| Castle Placement, LLC | 1460 Broadway, New York, NY 10036 |
| ASC-Ard Partners & Co. | 12 E. 49th St., 11th Floor, New York, NY 10017 |

STATEMENT OF FINANCIAL AFFAIRS

28.

Schedule 5

Bcause LLC - List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ackerson, Betty | 7354 Harbor Hills Dr, Hayes, VA 23072 | Member | 0.09% |
| Ackerson, Greg | 1403 Bridge Crossing, Yorktown, VA 23692 | Member | 0.46% |
| Adolphi, Michael | 4404 Muddy Creek Road, Virginia Beach, VA 23457 | Member & Board Member | 10.34% |
| Alessi, Jeremy | 211 Carlisle Way, Norfolk, VA 23505 | Member | 0.99% |
| Ashby, John | 1440 West Little Neck Road, Virginia Beach, VA 23452 | Member & Board Member | 13.25% |
| Bleicken, Ben | 162 The Green, Williamsburg, VA 23185 | Member | 0.35% |
| Boyer, Larry | 321 Chesopeian Trail, Virginia Beach, VA 23452 | Member | 0.13% |
| Boyer, Marshall | 3929 Wyckoff Drive, Virginia Beach, VA 23452 | Member | 0.13% |
| Boyer, Taylor | 321 Chesopeian Trail, Virginia Beach, VA 23452 | Member | 0.13% |
| Boyk, William | 982 Dakota Circle, Naperville, IL 60563 | Member | 2.83% |
| Brimer, Joseph | 203 Locust Place, Williamsburg, VA 23188 | Member | 0.71% |
| Byrum, Frank | 1027 Legends Way, Suffolk, VA 23435 | Member | 2.31% |
| Carruthers, Michael | 1 Anita Court, Hampton, VA 23663 | Member | 0.00% |
| Cohen, Andrew | 3750 Jefferson Blvd, Virginia Beach, VA 23455 | Member | 0.32% |
| Connamarra | 200 W. Jackson Suite 1950, Chicago, IL 60606 | Member | 0.39% |
| Cook, Earl | 4517 Glencove Drive, Portsmouth, VA 23703 | Member | 1.28% |
| DeSteph, Bill | 588 Central Drive, Virginia Beach, VA 23454 | Member | 0.36% |
| Dinardo/WEC | 150 W. Main Street, Suite 1200, Norfolk, VA 23510 | Member | 0.49% |
| Egan, Jim | 9901 Ocean Sand Court, Laurel, MD 20723 | Member | 0.08% |
| Egan, Robert | 1078 Big Bethel Rd., Hampton, VA 23666 | Member | 0.47% |
| Fink, Andrew | 7300 Heron Lane, Norfolk, VA 23505 | Member | 0.36% |
| Fitzgerald, Bob | 309 Rivers Edge, Williamsburg, VA 23185 | Member | 3.46% |
| Flake, Thomas | 709 Roosevelt Avenue, Virginia Beach, VA 23452 | Member, Board Member, CMO | 4.00% |
| Global Access Partners LLC | 141 W. Jackson Blvd, Suite 1801, Chicago, IL 60604 | Member | 0.55% |
| Grede, Frederick | 500 North Lake Shore Dr, Unit 3314, Chicago, IL 60611 | Member & CEO | 0.65% |
| H.E. PEJ, LLC | c/o Bailey Logan 101 W. Main Street Suite 700, Norfolk, VA 23510 | Member | 1.19% |
| Horizon Kinetics | 470 Park Avenue South, Third Floor South, New York, NY 10016 | Member | 0.63% |
| I Said So LLC | 233 Business Park Drive, Suite 104, Virginia Beach, VA 23462 | Member | 0.69% |
| John E Greenhalgh Revocable Trust dated 15 May 1992 | 7104 Patriots Colony Drive, Williamsburg, VA 23188 | Member | 1.42% |
| Klett, Joe | 5 Atkins Lane, Newport New, VA 23602 | Member | 0.71% |
| Lally, Rick | 911 Mooring Circle, Tampa, FL 33602 | Member | 1.86% |
| LaMontagne, Joseph | 582 Lynnhaven Parkway, Virginia Beach, VA 23452 | Member | 2.18% |
| Lindberg, Robert | 23 Whittaker's Mill Road, Williamsburg, VA 23185 | Member | 1.37% |
| Moorman, Rich | 711 Connecticut Ave, Norfolk, VA 23508 | Member | 0.09% |

STATEMENT OF FINANCIAL AFFAIRS

28. Cont'd

Schedule 5

Bcause LLC - List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| OaksAcorn Inc | 2800 252nd Ave, Salem, WI 53168 | Member | 0.39% |
| Patten Investment Co, LLC | P.O. Box 6745, Williamsburg, VA 23188 | Member | 0.93% |
| Pollack, Bruce | 807 Davis Street, #306, Evanston, IL 60201 | Member | 0.55% |
| Raj, Karan | 420 West 25th Street, Apt 8A, New York, NY 10001 | Member & Board Member | 1.82% |
| Ristau, Sean | 2017 N. 77th Ct, Elmwood Park, IL 60707 | Member | 0.16% |
| Rotter, Brad | 634A Prospect Row, San Mateo, CA 94401 | Member | 0.93% |
| SBI CCH SPC, Inc | 1209 Orange Street, Wilmington, DE 19801 | Member | 37.04% |
| Shen, Xueming "Mike" | 4340 Blackthorne Court, Virginia Beach, VA 23455 | Member | 0.14% |
| Sikes, Chris | 1332 Creekview Drive, Chesapeake, VA 23321 | Member & Board Member | 1.82% |
| Tanemori, Jonathan | SBI, 1-6-1 Roppongi, Minato-ku, Tokyo | Board Member | |
| Travis, John | 1740 Spring Branch Rd NE, New Salisbury, IN 47161 | Member | 0.07% |
| Travis, William "Dub" | 503 Exeter Ct., Hampton, VA 23666 | Member | 1.07% |
| Wong, Paul | 4020 Church Point Road, Virginia Beach, VA 23455 | Member | 0.83% |
| | | | 100% |

STATEMENT OF FINANCIAL AFFAIRS

29.

Schedule 6

BCause LLC - Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Name | Address | Position | Period |
|---|---|---|---|
| Scott Early | 1802 N. Lincoln Park W., Chicago, IL 60614-5308 | Board Member | 1/2018 - 4/2019 |
| Ronald Filler | Professor of Law New York Law School, 185 West Broadway, New York, NY 10013 | Board Member | 1/2018 - 4/2019 |
| Thomas Hammond | 17313 Briar Drive, Tinley Park, IL 60487 | Board Member | 1/2018 - 4/2019 |

Debtor   **BCause LLC, a Virginia limited liability company**     Case number *(if known)*   19-10731

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                          Employer Identification number of the parent
                                                                        corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                                Employer Identification number of the parent
                                                                        corporation

Debtor    **BCause LLC, a Virginia limited liability company**    Case number (if known) **19-10731**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *May 14, 2019*

_____    **Ann M. Cresce**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Corporate Secretary and General Counsel**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes